MARSHALL R. COLE (SBN 266907)
mcole@nemecek-cole.com
VIKRAM SOHAL (SBN 240251)
vsohal@nemecek-cole.com
**NEMECEK & COLE**
A Professional Corporation
16255 Ventura Boulevard, Suite 300
Encino, CA 91436-2300
Tel: (818) 788-9500 / Fax: (818) 501-0328

Attorneys for Defendants SILO TECHNOLOGIES, INC.
and ASHTON BRAUN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MELON CORP., <br><br> Plaintiff, <br><br> vs. <br><br> SILO TECHNOLOGIES, ASHTON BRAUN, and DOES 1 THROUGH 20, each individually, <br><br> Defendants. | Case No.: 24-CV-04781-VKD <br><br> Honorable Virginia K. DeMarchi <br><br> **DECLARATION OF VIKRAM SOHAL IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY ACTION** <br><br> [*Filed concurrently with Notice of Motion and Memorandum of Law; Declaration of Jeff Butler; and [Proposed] Order*] <br><br> Date: November 26, 2024 <br> Time: 10:00 a.m. <br> Crtrm.: 2 <br><br><br> Complaint Filed: August 26, 2024 <br> Trial Date: Not Set |

NEMECEK & COLE
A PROFESSIONAL CORPORATION
16255 Ventura Boulevard, Suite 300, Encino, California 91436-2300
TELEPHONE (818) 788-9500 FACSIMILE (818) 501-0328

**DECLARATION OF VIKRAM SOHAL**

NEMECEK & COLE
A PROFESSIONAL CORPORATION
16255 Ventura Boulevard, Suite 300, Encino, California 91436-2300
TELEPHONE (818) 788-9500 FACSIMILE (818) 501-0328

# DECLARATION OF VIKRAM SOHAL

I, VIKRAM SOHAL, declare:

1. I am an attorney licensed to practice law in California and before this Court. I am employed by Nemecek & Cole, APC, counsel of record for Defendants Silo Technologies, Inc. and Ashton Braun. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

2. On September 30, 2024, I sent an email to Plaintiffs' counsel to meet and confer about Defendants' planned motion to compel arbitration pursuant to Section 17 of the Future Receivables Sale & Merchant Cash Advance Agreement. On October 1, 2024, I received an email from Plaintiff's attorney, Jason Klinowski, stating that he was going to review my position and circle back. I did not receive any further response from Plaintiff's counsel. A true and correct copy of the foregoing email exchange between Plaintiff's counsel and me is attached hereto as **Exhibit 3**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed October 7, 2024, at Garden Grove, California.


/s/Vikram Sohal_____
VIKRAM SOHAL

**Exhibit 3**

 Outlook

---

**RE: Melon Corp. v. Silo Technologies, Inc. - Case No. 5:24-cv-04781**

---

**From** Jason Klinowski <jklinowski@aglawyer.com>

**Date** Tue 10/1/2024 1:39 PM

**To** Vikram Sohal <vsohal@nemecek-cole.com>; Jo Voight <jvoight@aglawyer.com>; kdiemer@diemerwei.com <kdiemer@diemerwei.com>

**Cc** Marshall Cole <mcole@nemecek-cole.com>

Vikram,

Thank you for the meet and confer e-mail.  I will review your position and the contract provision you cited with Melon Corp. and I will circle back to you.


Sincerely,


Jason R. Klinowski, JD, MBA



KLINOWSKI · DAMIANO LLP
AGRICULTURAL AND FOOD LAW ATTORNEYS

P.O. Box 43404 - Birmingham, Alabama - 35243

Tel: (205) 644-8881
Fax: (205) 644-8489
Cell: (312) 375-6849
E-mail: jklinowski@aglawyer.com

**CONFIDENTIALITY NOTICE**:  The information contained in this transmission is privileged and confidential.  It is intended for the use of the individual(s) or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination of or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender of said communication immediately.

**EXHIBIT 3**
**Page 1 of 3**

**WARNING!**  *WIRE  FRAUD  ADVISORY*

Wire fraud and e-mail hacking/phishing attacks are on the increase!  If you have a litigation settlement escrow, closing transaction, or other reason to transfer funds to us or at our direction and you receive an e-mail containing Wire Transfer, ACH, or other Payment Instructions, **DO NOT RESPOND TO THE E-MAIL!**  Instead, always call, using previously known contact information and NOT information provided in the e-mail, to verify the information prior to sending funds.

---

**From:** Vikram Sohal <vsohal@nemecek-cole.com>
**Sent:** Monday, September 30, 2024 8:22 PM
**To:** Jo Voight <jvoight@aglawyer.com>; Jason Klinowski <jklinowski@aglawyer.com>; kdiemer@diemerwei.com
**Cc:** Marshall Cole <mcole@nemecek-cole.com>
**Subject:** Melon Corp. v. Silo Technologies, Inc. - Case No. 5:24-cv-04781

Dear Counsel:

We are of the position that your client's claims at issue herein are subject to the mandatory arbitration clause set forth in paragraph 17 of the Future Receivables Sale & Merchant Cash Advance Agreement between Melon Corp. and Silo Technologies. Please let us know whether your client would stipulate to submit its claims to arbitration and to stay this case pending completion of that arbitration. Without such stipulation, we will have to file a motion to compel arbitration and to stay litigation.

We look forward to your response.

Thanks,
Vikram Sohal



**VIKRAM SOHAL**

*Attorney at Law*

vsohal@nemecek-cole.com

**16255 Ventura Boulevard, Suite 300**

**Encino, California 91436**

*Tel* (818) 788-9500 ext. 1124

**EXHIBIT 3**
**Page 2 of 3**

*Fax* (818) 501-0328

**Vikram Sohal Bio**

**www.nemecek-cole.com**

This communication and any accompanying document(s) are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive any legally protected privilege as to this communication or otherwise.

**EXHIBIT 3**
**Page 3 of 3**