NEMECEK & COLE
A PROFESSIONAL CORPORATION
16255 Ventura Boulevard, Suite 300, Encino, California 91436-2300
TELEPHONE (818) 788-9500 FACSIMILE (818) 501-0328

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| MELON CORP., <br><br> Plaintiff, <br><br> vs. <br><br> SILO TECHNOLOGIES, ASHTON BRAUN, and DOES 1 THROUGH 20, each individually, <br><br> Defendants. | Case No.: 24-CV-04781-VKD <br><br> Honorable Virginia K. DeMarchi <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY ACTION** <br><br><br> Date: November 26, 2024 <br> Time: 10:00 a.m. <br> Crtrm.: 2 <br><br><br> Complaint Filed: August 26, 2024 <br> Trial Date: Not Set |

1

**ORDER**

Having considered Defendants Silo Technologies, Inc. and Ashton Braun's (collectively, "Defendants") Motion to Compel Arbitration and Stay Action, the parties' briefs and counsel's oral arguments in support and opposition to the Motion, and all of the pleadings, papers, and the record in this action, the Court GRANTS the Motion and rules as follows:

1. Plaintiff Melon Corp's ("Plaintiff") claims against Defendants at issue in this case shall be submitted to binding arbitration pursuant to Section 17 of the Future Receivables Sale & Merchant Cash Advance Agreement;

2. The above-captioned action is hereby stayed pending the conclusion of the arbitration; and

3. The parties shall provide a status report to the Court within 30 days upon the conclusion of the arbitration.

**IT IS SO ORDERED.**

Dated: _____  _____
Honorable Virginia K. DeMarchi