NEMECEK & COLE
A PROFESSIONAL CORPORATION
16255 Ventura Boulevard, Suite 300, Encino, California 91436-2300
TELEPHONE (818) 788-9500 FACSIMILE (818) 501-0328

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MELON CORP., <br><br> Plaintiff, <br><br> vs. <br><br> SILO TECHNOLOGIES, ASHTON BRAUN, and DOES 1 THROUGH 20, each individually, <br><br> Defendants. | Case No.: 24-CV-04781-BLF <br><br> Honorable Beth Labson Freeman <br><br> **[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF THE MOTION TO COMPEL ARBITRATION** <br><br><br> Complaint Filed: August 26, 2024 <br> Trial Date: Not Set |

1

**ORDER**

1  Having reviewed Defendants' administrative motion, and good cause being shown, the
2  Court hereby orders that Defendants' deadline to file the reply is extended from November 22,
3  2024 to November 25, 2024. The reply filed on November 25, 2024 is accepted as timely.
4  IT IS SO ORDERED.

Dated: December 2, 2024

_____
Honorable Beth Labson Freeman
United States District Judge