Exhibit

B



**MELON CORP**
11500 S EASTERN AVE #150,
Henderson, NV 89052
Phone: 602-478-1639

**Invoice #1289**

**Sales Confirmation**

**Sales Contact**
Gurdeep Billan

| **BILL TO** | **PICKUP AT** | **CUSTOMER PO#** | **ORDER TYPE** | **REQUESTED DATE** |
|---|---|---|---|---|
| ARIZONA SKY PRODUCE 44 KENTS AVE RIO RICO, AZ 85648-2406 | Melon Corp UNI-KOOL COOLING , 2210 E 24th ST YUMA, AZ 85365 | pending | Pickup | Jun 27, 2024 |
| | | | **TERMS** | **DUE DATE** |
| | | | Cash | Jun 27, 2024 |

### Inventory Items

| Qty | Item | Organic | Unit | Label | Pallets | Weight | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 924 | **Sweet Cantaloupe Wd Plt** | | 9 ct case | Jbo Q Fresh | 22 | - | $8.00 | $7,392.00 |

### Non-Inventory Items

| Item | Qty | Category | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| Airbag | 7 | Materials | | $0.00 | $0.00 |

**Inventory units:** 924   **Non-inventory units:** 7   **Total pallets:** 22
**Inventory items:** 1   **Non-inventory items:** 1   **Approx. weight:** 0 lb | 0 kg

**Inventory total:**   **$7,392.00**
**Non-inventory total:**   **$0.00**
**Total:**   **$7,392.00**

Invoice #1289 (MELON CORP )
Date ordered: 6/27/2024 10:09 AM
Last updated: 6/27/2024 08:20 PM   **SIGNATURE** _____   **DATE** _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any cost and expenses, as additional sums owed in connection with this transaction.





**MELON CORP**
11500 S EASTERN AVE #150,
Henderson, NV 89052
Phone: 602-478-1639

**Invoice #798**

**Sales Confirmation**

**Sales Contact**
Gurdeep Billan

| BILL TO | PICKUP AT | CUSTOMER PO# | ORDER TYPE | REQUESTED DATE |
|---|---|---|---|---|
| DEL MONTE FCUT PORTLAND 9343 N. RIVERGATE BLVD , PORTLAND, OR 97203 | Melon Corp 400 N LOMBARD ST OXNARD, CA 93030 | 01118765 | Pickup | Apr 09, 2024 |
| | | | **TERMS** Net 21 | **DUE DATE** Apr 30, 2024 |

| Lot | Qty | Item | Organic | Unit | Label | Pallets | Weight | Country | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 996-STR-1 | 240 | **STRAWBERY 1 LBS** | | 8 ct | Q Fresh | - | - | US | $9.65142 | $2,316.34 |

**Inventory units:** 240    **Total pallets:** 0
**Inventory items:** 1    **Approx. weight:** 0 lb | 0 kg

**Total: $2,316.34**

Invoice #798 (MELON CORP )
Date ordered: 4/7/2024 09:35 PM
Last updated: 4/23/2024 08:04 AM    SIGNATURE _____    DATE _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any cost and expenses, as additional sums owed in connection with this transaction.



**MELON CORP**
11500 S EASTERN AVE #150,
Henderson, NV 89052
Phone: 602-478-1639

**BOL #798**

**Sales Contact**
Gurdeep Billan

---

**DELIVERY TO**
DEL MONTE FCUT PORTLAND
9343 N. RIVERGATE BLVD
PORTLAND, OR 97203

**PICKUP AT**
Melon Corp
400 N LOMBARD ST
OXNARD, CA 93030

**REQUESTED DATE**
Apr 09, 2024

**CUSTOMER PO#**
01118765

---

📍 **DEARDORFF COOLING - MELON CORP**

| Lot | Qty | Item | Organic | Unit | Label | Pallets | Weight | Country |
|-----|-----|------|---------|------|-------|---------|--------|---------|
| Unlotted (1240) | 1240 | **STRAWBERY 1 LBS** | | 8 ct | Q Fresh | - | - | |

**Inventory units:** 600  **Total pallets:** 0
**Inventory items:** 1  **Approx. weight:** 0 lb | 0 kg

Pickup Date & Time  4/8/24   6:53   Driver's Name  Teodoro Reyes
Driver's Phone #  (559) 269-2145   Driver's License #  4N8803144
Total Boxes  240   Total Pallets  1   Pallet Type _____ Total Weight _____ Load Bars _____
Trucking Company  Ted Reyes   Trailer / Truck License #  4N43181   Seal # _____
Walls  A   Floor  A   Ceiling  A   A = acceptable U = unacceptable / Truck won't be loaded
Temperature recorder? Yes / No  33   34   Product Temp. _____ Initials _____
Pallets IN  2  Palle1s   Pallets OUT _____ Supervisor  N K1.V.

Invoice # 798 (DEARDORFF COOLING - MELON CORP)
Date ordered: 4/7/2024 09:35 PM
Last updated: 4/7/2024 09:35 PM

SIGNATURE  Teodoro Reyes  DATE  4/8/24

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any cost and expenses, as additional sums owed in connection with this transaction.



**MELON CORP**
11500 S EASTERN AVE #150,
Henderson, NV 89052
Phone: 602-478-1639

**Invoice #1268**

**Sales Confirmation**

**Sales Contact**
Gurdeep Billan

| BILL TO | PICKUP AT | CUSTOMER PO# | ORDER TYPE | REQUESTED DATE |
|---|---|---|---|---|
| FORDEL MARKETING LLC<br>11411 SOUTHERN HIGHLANDS PARKWAY ,<br>SUITE 180<br>LAS VEGAS, NV 89141 | Melon Corp<br>UNI-KOOL COOLING , 2210 E 24th ST<br>YUMA, AZ 85365 | 110096 | Pickup | Jun 26, 2024 |
| | | | **TERMS** | **DUE DATE** |
| | | | Net 21 | Jul 17, 2024 |

### Inventory Items

| Qty | Item | Organic | Unit | Label | Pallets | Weight | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 1,008 | **Sweet Cantaloupe Wd Plt** | | 9 ct case | Jbo Q Fresh | 24 | - | $8.00 | $8,064.00 |

### Non-Inventory Items

| Item | Qty | Category | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| Airbag | 6 | Materials | | $0.00 | $0.00 |

**Inventory units:** 1,008   **Non-inventory units:** 6   **Total pallets:** 24
**Inventory items:** 1   **Non-inventory items:** 1   **Approx. weight:** 0 lb | 0 kg

**Inventory total:**   **$8,064.00**
**Non-inventory total:**   **$0.00**
**Total:**   **$8,064.00**

Invoice #1268 (MELON CORP )
Date ordered: 6/26/2024 07:52 AM
Last updated: 6/27/2024 06:27 PM   SIGNATURE _____   DATE _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any cost and expenses, as additional sums owed in connection with this transaction.



**MELON CORP**
11500 S EASTERN AVE #150,
Henderson, NV 89052
Phone: 602-478-1639

**BOL #1268**

**Sales Contact**
Gurdeep Billan

📍 MELON CORP - YUMA, AZ

BOL 1 of 1

| DELIVERY TO | PICKUP AT | REQUESTED DATE | CUSTOMER PO# |
|---|---|---|---|
| FORDEL MARKETING LLC<br>11411 SOUTHERN HIGHLANDS PARKWAY<br>SUITE 180<br>LAS VEGAS, NV 89141<br>5594774187 | Melon Corp<br>UNI-KOOL COOLING<br>2210 E 24th ST<br>YUMA, AZ 85365 | Jun 26, 2024 | 110096 |

Inventory Items

| Qty | Item | Organic | Unit | Label | Pallets | Weight |
|---|---|---|---|---|---|---|
| 1,008 | **Sweet Cantaloupe Wd Plt** | | 9 ct case | Jbo Q Fresh | 24 | - |

Non-Inventory Items

| Qty | Item | Category | Description |
|---|---|---|---|
| 6 | Airbag | Materials | |

**Inventory units:** 1,008  **Non-inventory units:** 6  **Total pallets:** 24
**Inventory items:** 1  **Non-inventory items:** 1  **Approx. weight:** 0 lb | 0 kg

Pickup Date & Time   6/27/2024                    Driver's Name   REAL

Driver's Phone #   514-247-1070                   Driver's License #

Total Boxes   1008   Total Pallets   24   Pallet Type   wood   Total Weight _____   Load Bars _____

Trucking Company   DFS                Trailer / Truck License #   PK 2389L   Seal # _____

Walls   A   Floor   A   Ceiling   A   A = acceptable U = unacceptable / Truck won't be loaded

Temperature recorder? Yes / No              Product Temp. _____   Initials _____

Pallets IN _____   Pallets OUT   24   Supervisor _____

Invoice # 1268 (MELON CORP - YUMA, AZ)
Date ordered: 6/26/2024 07:52 AM
Last updated: 6/27/2024 06:27 PM        SIGNATURE _____        DATE 6/27/2024

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any cost and expenses, as additional sums owed in connection with this transaction.



**MELON CORP**
11500 S EASTERN AVE #150,
Henderson, NV 89052
Phone: 602-478-1639

**Invoice #1117**

**Sales Confirmation**

**Sales Contact**
Gurdeep Billan

| BILL TO | PICKUP AT | CUSTOMER PO# | ORDER TYPE | REQUESTED DATE |
|---|---|---|---|---|
| KROGER - WESCO FRESNO 1014 VINE ST , Cincinnati, OH 45202 | Melon Corp 11685 AVENUE 36E WELLTON, AZ 85356 | 38891502 | Pickup | Jun 25, 2024 |
| | | | **TERMS** Net 21 | **DUE DATE** Jul 16, 2024 |

| Qty | Item | Organic | Unit | Label | Pallets | Weight | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 56 | **Watermelon Seedless Peco Plt** | | 45 ct bin | Q Fresh | - | - | $215.00 | $12,040.00 |

**Inventory units:** 56   **Total pallets:** 0
**Inventory items:** 1   **Approx. weight:** 0 lb | 0 kg

**Total:  $12,040.00**

Invoice #1117 (MELON CORP )
Date ordered: 6/18/2024 04:35 PM
Last updated: 6/24/2024 09:11 AM   SIGNATURE _____   DATE _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any cost and expenses, as additional sums owed in connection with this transaction.



**MELON CORP**
11500 S EASTERN AVE #150,
Henderson, NV 89052
Phone: 602-478-1639

**BOL #1117**

**Sales Contact**
Gurdeep Billan

📍 MELON CORP - WELLTON, AZ

BOL 1 of 1

| DELIVERY TO | PICKUP AT | REQUESTED DATE | CUSTOMER PO# |
|---|---|---|---|
| KROGER EAST HOUSTON WHS<br>701 GELLHORN<br>HOUSTON, TX 77029<br>+17136725216 | Melon Corp<br>11685 AVENUE 36E<br>WELLTON, AZ 85356 | Jun 24, 2024 | 34839132 |

| Qty | Item | Organic | Unit | Label | Pallets | Weight |
|---|---|---|---|---|---|---|
| 5̶7̶ | **Watermelon Seedless Peco Plt** | | 45 ct bin | Q Fresh | - | - |

56

**Inventory units:** 5̶7̶  **Total pallets:** 0
**Inventory items:** 1   **Approx. weight:** 0 lb | 0 kg

Pickup Date & Time  06-21.202̶4̶    Driver's Name  Marc & Mayer

Driver's Phone #  956 789 9118    Driver's License #  70544969 TX

Total Boxes  56    Total Pallets  56    Pallet Type  Peco    Total Weight _____    Load Bars _____

Trucking Company  Emmatruck    Trailer / Truck License #  1820 325    Seal #  TH

Walls  A    Floor  A    Ceiling  A    A = acceptable U = unacceptable / Truck won't be loaded

Temperature recorder? Yes / No _____    Product Temp.  55°    Initials _____

Pallets IN _____    Pallets OUT  56    Supervisor  Cesar  7:20 pm

Invoice # 1117 (MELON CORP - WELLTON, AZ)
Date ordered: 6/18/2024 04:35 PM
Last updated: 6/18/2024 04:35 PM    **SIGNATURE** _____    DATE  06-24-2024

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any cost and expenses, as additional sums owed in connection with this transaction.

Page 1 of 1

# MELON CORP

11500 S EASTERN AVE #150,
Henderson, NV 89052
Phone: 602-478-1639

**Invoice #1340**

## Sales Confirmation

### Sales Contact
Gurdeep Billan

| BILL TO | PICKUP AT | CUSTOMER PO# | ORDER TYPE | REQUESTED DATE |
|---|---|---|---|---|
| MIDWEST BEST PRODUCE<br>4101 Geraldine Ave<br>St. Louis, MO 63115 | Melon Corp<br>UNI-KOOL COOLING , 2210 E 24th ST<br>YUMA, AZ 85365 | PENDING | Pickup | Jun 29, 2024 |

| | | | TERMS | DUE DATE |
|---|---|---|---|---|
| | | | Net 21 | Jul 20, 2024 |

### Inventory Items

| Qty | Item | Organic | Unit | Label | Pallets | Weight | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 1,080 | **HONEYDEW MELON** | | 5 ct carton | Jbo Q Fresh | - | - | $8.00 | $8,640.00 |

### Non-Inventory Items

| Item | Qty | Category | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| Airbag | 7 | Materials | | $0.00 | $0.00 |

**Inventory units:** 1,080    **Non-inventory units:** 7    **Total pallets:** 0
**Inventory items:** 1    **Non-inventory items:** 1    **Approx. weight:** 0 lb | 0 kg

**Inventory total:** **$8,640.00**
**Non-inventory total:** **$0.00**
**Total:** **$8,640.00**

Invoice #1340 (MELON CORP )
Date ordered: 6/28/2024 10:25 PM
Last updated: 6/29/2024 04:32 PM    SIGNATURE _____    DATE _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any cost and expenses, as additional sums owed in connection with this transaction.



**MELON CORP**
11500 S EASTERN AVE #150,
Henderson, NV 89052
Phone: 602-478-1639

**BOL #1340**

**Sales Contact**
Gurdeep Billan

📍 MELON CORP - YUMA, AZ

BOL 1 of 1

| DELIVERY TO | PICKUP AT | REQUESTED DATE | CUSTOMER PO# |
|---|---|---|---|
| MIDWEST BEST PRODUCE<br>4101 Geraldine Ave<br>St. Louis, MO 63115 | Melon Corp<br>UNI-KOOL COOLING<br>2210 E 24th ST<br>YUMA, AZ 85365 | Jun 29, 2024 | PENDING |

Inventory Items

| Qty | Item | Organic | Unit | Label | Pallets | Weight |
|---|---|---|---|---|---|---|
| 1,080 | **HONEYDEW MELON** | | 5 ct carton | Jbo Q Fresh | 20 | - |

Non-Inventory Items

| Qty | Item | Category | Description |
|---|---|---|---|
| 7 | Airbag | Materials | |

**Inventory units:** 1,080  **Non-inventory units:** 7  **Total pallets:** 0
**Inventory items:** 1  **Non-inventory items:** 1  **Approx. weight:** 0 lb | 0 kg

Pickup Date & Time  6/29/2024                 Driver's Name  SEEROLD

Driver's Phone #  602-228-6194              Driver's License # 

Total Boxes  1090   Total Pallets  20   Pallet Type  wood   Total Weight            Load Bars

Trucking Company  DENN FRANK      Trailer / Truck License #  79K 5JN-MD   Seal #

Walls  A   Floor  A   Ceiling  A    A = acceptable U = unacceptable / Truck won't be loaded

Temperature recorder? Yes (No)                Product Temp.           Initials

Pallets IN                 Pallets OUT  20        Supervisor

Invoice # 1340 (MELON CORP - YUMA, AZ)
Date ordered: 6/28/2024 10:25 PM
Last updated: 6/29/2024 02:04 PM        **SIGNATURE**              DATE 6/29/2024

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any cost and expenses, as additional sums owed in connection with this transaction.

**MELON CORP**
11500 S EASTERN AVE #150,
Henderson, NV 89052
Phone: 602-478-1639

**Invoice #1365**

**Sales Confirmation**

**Sales Contact**
Gurdeep Billan

| BILL TO | SHIP TO | CUSTOMER PO# | ORDER TYPE | REQUESTED DATE |
|---------|---------|--------------|------------|----------------|
| MOSBY BROTHERS FARMS INC.<br>12754 SE Green Valley Rd<br>Auburn, WA 98092 | MOSBY BROTHERS FARMS INC.<br>12754 SE Green Valley Rd<br>Auburn, WA 98092 | 8230 | Delivery | Jul 12, 2024 |
| | | | **TERMS**<br>Net 21 | **DUE DATE**<br>Aug 02, 2024 |

| Qty | Item | Organic | Unit | Label | Pallets | Weight | Unit Price | Amount |
|-----|------|---------|------|-------|---------|--------|------------|--------|
| 54 | **Watermelon Seedless Peco Plt** | | 36 ct bin | Q Fresh | - | - | $50.00 | $2,700.00 |

**Inventory units:** 54   **Total pallets:** 0
**Inventory items:** 1   **Approx. weight:** 0 lb | 0 kg

**Total:  $2,700.00**

**CUSTOMER NOTES**
rejected at costco sumner for temp and bruising, moved to mosby pas

Invoice #1365 (MELON CORP )
Date ordered: 7/3/2024 05:06 PM
Last updated: 7/26/2024 09:35 AM   **SIGNATURE** _____   **DATE** _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any cost and expenses, as additional sums owed in connection with this transaction.



24752

**MOSBY FARMS**
www.mosbyfarm.com

12754 SE GREEN VALLEY ROAD · AUBURN, WA 98092
Ph: (253) 939-7666 · Fax: (253) 939-5456
E-Mail: farmoffice@mosbyfarm.com

| DATE: 7/12 | TEMP | PICT. | OWNER OF PRODUCT: melon corp |
|---|---|---|---|

| CLIENT PO #: 8230 MBF/RESALE: | TRANSPORTATION COMPANY NAME: |
|---|---|

| RECEIVED BY: TM   SLC | TOTAL # PALLETS: 54 | INCOMING OUTGOING |
|---|---|---|

REJECTION   RESTACK   FOOD BANK | CASH | CH CARD (SQ)

RESALE   STORAGE   REPACK   XDOCK | CHECK | PMT ON ACCT

| | QTY: | | DESCRIPTION: | PACK SIZE | PRICE: | AMOUNT: |
|---|---|---|---|---|---|---|
| 1 | 54 | CON☑ ORG☐ | SL W/h1 | 36 | | |
| 2 | | CON☐ ORG☐ | | | | |
| 3 | | CON☐ ORG☐ | | | | |
| 4 | | CON☐ ORG☐ | | | | |
| 5 | | CON☐ ORG☐ | | | | |

DRIVER'S SIGNATURE:
Mosby Bros. Farms receives this product to rework or resell on priced after sale (PAS) basis.

**MELON CORP**
11500 S EASTERN AVE #150,
Henderson, NV 89052
Phone: 602-478-1639

**Invoice #1352**

**Sales Confirmation**

**Sales Contact**
Gurdeep Billan

| BILL TO | PICKUP AT | CUSTOMER PO# | ORDER TYPE | REQUESTED DATE |
|---|---|---|---|---|
| MR FELIX PRODUCE | Melon Corp | CHUCHO PRODUCE | Pickup | Jul 02, 2024 |
| 555 W. GOLD HILL RD , #C7 | 11685 AVENUE 36E | | | |
| NOGALES, AZ 85621 | WELLTON, AZ 85356 | | **TERMS** | **DUE DATE** |
| | | | Net 21 | Jul 23, 2024 |

| Qty | Item | Organic | Unit | Label | Pallets | Weight | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 54 | **Watermelon Seedless Mix** | | 725 lb box | Ns | - | - | $180.00 | $9,720.00 |

**Inventory units:** 54  **Total pallets:** 0
**Inventory items:** 1  **Approx. weight:** 0 lb | 0 kg

**Total:** **$9,720.00**

Invoice #1352 (MELON CORP )
Date ordered: 7/1/2024 10:55 PM
Last updated: 7/3/2024 09:59 PM   SIGNATURE _____   DATE _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any cost and expenses, as additional sums owed in connection with this transaction.



**MELON CORP**
11500 S EASTERN AVE #150,
Henderson, NV 89052
Phone: 602-478-1639

**BOL #1352**

**Sales Contact**
Gurdeep Billan

📍 MELON CORP - WELLTON, AZ

BOL 1 of 1

| DELIVERY TO | PICKUP AT | REQUESTED DATE | CUSTOMER PO# |
|---|---|---|---|
| MR FELIX PRODUCE<br>555 W. GOLD HILL RD<br>#C7<br>NOGALES, AZ 85621<br>+15209876445 | Melon Corp<br>11685 AVENUE 36E<br>WELLTON, AZ 85356 | Jul 02, 2024 | CHUCHO PRODUCE |

| Qty | Item | Organic | Unit | Label | Pallets | Weight |
|---|---|---|---|---|---|---|
| 54 | **Watermelon Seedless Mix** | | 725 lb box | Ns | - | - |

**Inventory units: 54  Total pallets: 0**
**Inventory items: 1   Approx. weight: 0 lb | 0 kg**

Pickup Date & Time ___7/3/24___ ___5:13 PM___     Driver's Name ___Anthony___

Driver's Phone # ___801 678-1561___     Driver's License # ___193284569___

Total Boxes ___54___ Total Pallets ___54___ Pallet Type ___wood___ Total Weight _____ Load Bars _____

Trucking Company ___Bravo Trucking___ Trailer / Truck License # ___TH3799___ Seal # _____

Walls ___A___ Floor ___A___ Ceiling ___A___ A = acceptable U = unacceptable / Truck won't be loaded

Temperature recorder? Yes / No _____ _____ Product Temp ___50°___ Initials _____

Pallets IN _____ Pallets OUT ___54___ Supervisor ___Cesar 5:00 pm___

Invoice # 1352 (MELON CORP - WELLTON, AZ)
Date ordered: 7/1/2024 10:55 PM
Last updated: 7/3/2024 04:29 PM    **SIGNATURE** ___[signature]___    **DATE** ___7/3/24___

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any cost and expenses. as additional sums owed in connection with this transaction.



**MELON CORP**
11500 S EASTERN AVE #150,
Henderson, NV 89052
Phone: 602-478-1639

**Invoice #941**

**Sales Confirmation**

**Sales Contact**
Gurdeep Billan

| BILL TO | SHIP TO | CUSTOMER PO# | ORDER TYPE | REQUESTED DATE |
|---|---|---|---|---|
| PEDDLER'S SON<br>3235 EAST JACKSON STREET<br>PHOENIX, AZ 85034 | PEDDLER'S SON<br>3235 EAST JACKSON STREET<br>PHOENIX, AZ 85034 | 215687 | Delivery | Jun 03, 2024 |

| | | | | | TERMS | DUE DATE |
|---|---|---|---|---|---|---|
| | | | | | Net 21 | Jun 24, 2024 |

| Qty | Item | Organic | Unit | Label | Pallets | Weight | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 2 | **Watermelon Seedless Wd Plt** | | 80 each bin | Q Fresh | - | - | $60.00 | $120.00 |
| 22 | **Watermelon Seedless Wd Plt** | | 60 ct bin | Q Fresh | - | - | $60.00 | $1,320.00 |
| 12 | **Watermelon Seedless Wd Plt** | | 36 ct bin | Q Fresh | - | - | $60.00 | $720.00 |

**Inventory units:** 36    **Total pallets:** 0
**Inventory items:** 3    **Approx. weight:** 0 lb | 0 kg

**Total: $2,160.00**

**CUSTOMER NOTES**
PAS

Invoice #941 (MELON CORP )
Date ordered: 6/1/2024 05:02 PM
Last updated: 7/3/2024 08:53 AM    SIGNATURE _____    DATE _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any cost and expenses, as additional sums owed in connection with this transaction.



**MELON CORP**
11500 S EASTERN AVE #150,
Henderson, NV 89052
Phone: 602-478-1639

**BOL #941**

**Sales Contact**
Gurdeep Billan

| DELIVERY TO | DELIVERY FROM | DELIVERY DATE | CUSTOMER PO# |
|---|---|---|---|
| PEDDLER'S SON | Melon Corp | Jun 03, 2024 | PAT LOPEZ |
| 3235 EAST JACKSON STREET | 11685 AVENUE 36E | | |
| PHOENIX, AZ 85034 | WELTON, AZ 85356 | | |
| +16022533577 | | | |

## 📍 MELON CORP - WELTON, AZ

| Lot | Qty | Item | Organic | Unit | Label | Pallets | Weight |
|---|---|---|---|---|---|---|---|
| 1167-WAT-4 **(2)** | 2 | **Watermelon Seedless Wd Plt** | | 80 each bin | Q Fresh | - | - |
| 1167-WAT-3 **(22)** | 22 | **Watermelon Seedless Wd Plt** | | 60 ct bin | Q Fresh | - | - |
| 1165-WAT-3 **(6)** 1167-WAT-1 **(6)** | 12 | **Watermelon Seedless Wd Plt** | | 36 ct bin | Q Fresh | - | - |

**Inventory units: 36  Total pallets: 0**
**Inventory items: 3  Approx. weight: 0 lb | 0 kg**

Pickup Date & Time 04/24 2199M    Driver's Name PAUL

Driver's Phone # 831-750-2720    Driver's License # Y2039290

Total Boxes 36    Total Pallets 36    Pallet Type Wood    Total Weight _____ Load Bars _____

Trucking Company BHANGAL    Trailer / Truck License # U2228S8    Seal # _____

Walls A    Floor A    Ceiling A    A = acceptable U = unacceptable / Truck won't be loaded

Temperature recorder? Yes / No _____    Product Temp. 55°    Initials _____

Pallets IN _____    Pallets OUT 36    Supervisor _____    3:08 pm

Invoice # 941 (MELON CORP - WELTON, AZ)
Date ordered: 6/1/2024 05:02 PM
Last updated: 6/2/2024 12:03 PM    **SIGNATURE**    **DATE** 6/2/24

## CUSTOMER NOTES
PAS

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any cost and expenses, as additional sums owed in connection with this transaction.



# Melon Corp

11500 S Eastern Ave Ste 150 Henderson NV 89052 United States

**Shipping address:**

COSTCO WHOLESALE, COSTCO MIRA LOMA DRY

11600 RIVERSIDE DRIVE

MIRA LOMA CA 91752

United States

**Billing Address**

COSTCO WHOLESALE

BUILDING 1 999 LAKE DRIVE

ISSAQUAH WA 98027

United States

# Invoice 1566

| Customer PO: | Invoice Date: | Due Date: | Source: | Reference: |
|---|---|---|---|---|
| 009600905074 | 09/17/2024 | 09/27/2024 | SO1566 | 1566/14 |

| Description | Quantity | Unit Price | Fees | Total Price |
|---|---|---|---|---|
| Watermelon Seedless [Bin 700.0 lb(s) 36 ct US #1 Del Mar Chep] | 54.000 | 190.00 | 0.00 | $ 10,260.00 |
| Watermelon Seedless [Bin 700.0 lb(s) 36 ct US #1 Del Mar Chep] | 3.000 | 0.00 | 0.00 | $ 0.00 |

| | |
|---|---|
| **Total** | $ 10,260.00 |
| **Total Quantity** | 57 |

Please use the following communication for your payment : **1566**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any cost and expenses, as additional sums owed in connection with this transaction.

Payment terms: PACA PROMPT

# MOTOR CARRIER

| STRAIGHT BILL OF LADING | Dest PO #: | |
|---|---|---|
| FOR EXEMPT COMMODITIES | | |
| ORIGINAL NON-NEGOTIABLE | Ship Date: 9/16/2024 | Terms of Sale: FOB |

RECEIVED, from shipper named herein, the perishable property described below, in good order and condition except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged be truck broker, named herein, if any), whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract printed pr written on the face and back hereof, which are hereby agreed to by the motor carrier, the shipper, and the truck broker if any.

| NAME AND ADDRESS OF CARRIER | CARRIER TRAILER LICENSE # | |
|---|---|---|
| Gill Roadways | CA 4TH8302 | |
| **TO: NAME AND ADDRESS OF CONSIGNEE** | **FROM: NAME AND ADDRESS OF SHIPPER** | |
| Melon Corp. | Del Mar Packing | |
| Henderson, NV, | Patterson, CA | |
| **DESTINATION:** | PICKUP NO. | BILL OF LADING NO. |
| Costco | 1566 | 51629 |
| Mira Loma, CA, | | |

| Units/Weight | Description of articles and special marks | PRODUCT OF: | |
|---|---|---|---|
| 57 | Melons Watermelons Del Mar Bin 36's #1 | U.S.A. | THIS SHIPMENT IS FREIGHT COLLECT (UNLESS OTHERWISE STATED): IF the carrier named herin or its agent delivers the shipment to the consignee or its agent without paymentof freight or other lawful charges, the carrier or its agent, does so without recourse to the shipper or its agent |

330·64

96009 1/37

961

ALL FOOD SAFETY REQUIREMENTS & CUSTOMER SPECIFICATIONS HAVE BEEN MET

GGN - 4056186334633

PALLETS:

| INSTRUMENTS: | DOCUMENTS: |
|---|---|
| | |

| SPECIAL INSTRUCTIONS: | REFRIGERATION INSTRUCTIONS: | |
|---|---|---|
| | TEMPERATURE RANGE TO BE MAINTAINED: | 48 to 50 |

SHIPPER SIGNATURE: *JH*

DATE: 9/16/24

CARRIER/DRIVER SIGNATURE:

DATE:

Carrier or its agent certifies that the TRU equipment furnished for loading this shipment is in compliance with California regulations

**CONSIGNEE'S RECEIPT:** RECEIVED ABOVE PERISHABLE PROPERTY IN GOOD ORDER, EXCEPT AS NOTED

DATE RECEIVED: _____ CONSIGNEE SIGNATURE: _____

Scanned with CamScanner 



DOOR: **016**                    9/17/24
APP TIME:  3:30   ARR TIME:  3:16
 IN TIME:  3:16   OUT TIME:  4:43
   9600911378
   7479-08
SEAL:                  BL/TRL:

RECVR: MAGDALENA ZAVALZA


PAGE 1 OF 1


0096009172403:064



                         MIRA LOMA DRY
DOOR: **016**                    9/17/24
APP TIME:  3:30   ARR TIME:  3:16
 IN TIME:  3:16   OUT TIME:  4:43
   9600911378
   7479-08
SEAL:                  BL/TRL:

RECVR: MAGDALENA ZAVALZA


PAGE 1 OF 1


0096009172403:064


Scanned with
CamScanner



**MELON CORP**
11500 S EASTERN AVE #150,
Henderson, NV 89052
Phone: 602-478-1639

**Invoice #1402**

**Sales Confirmation**

**Sales Contact**
Gurdeep Billan

| | | |
|---|---|---|
| **BILL TO** | **SHIP TO** | **CUSTOMER PO#** 242843572 |
| SMART & FINAL | SMART & FINAL STORES CORP | |
| 5500 Sheila St | RIVERSIDE WAREHOUSE , 2360 | |
| Commerce, CA 90040 | COTTONWOOD AVENUE | |
| | RIVERSIDE, CA 92508 | |

**ORDER TYPE**
Delivery

**REQUESTED DATE**
Jul 13, 2024

**TERMS**
Net 21

**DUE DATE**
Aug 03, 2024

| Qty | Item | Organic | Unit | Label | Pallets | Weight | Country | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 28 | **Watermelon Seedless Peco Plt** | | 60 ct bin | Q Fresh | - | - | US | $175.00 | $4,900.00 |
| 25 | **Watermelon Seedless Wd Plt** | | 60 ct bin | Q Fresh | - | - | US | $175.00 | $4,375.00 |

**Inventory units:** 53  **Total pallets:** 0
**Inventory items:** 2  **Approx. weight:** 0 lb | 0 kg

**Total: $9,275.00**

Invoice #1402 (MELON CORP )
Date ordered: 7/9/2024 03:00 PM
Last updated: 8/28/2024 02:45 PM   SIGNATURE _____   DATE _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any cost and expenses, as additional sums owed in connection with this transaction.

**MELON CORP**
11500 S EASTERN AVE #150,
Henderson, NV 89052
Phone: 602-478-1639

**BOL #1402**

**Sales Contact**
Gurdeep Billan

📍 **MELON CORP - WELLTON, AZ**

BOL 1 of 1

| **DELIVERY TO** | **DELIVERY FROM** | **DELIVERY DATE** | **CUSTOMER PO** |
|---|---|---|---|
| SMART & FINAL STORES CORP | Melon Corp | Jul 13, 2024 | 242843572 |
| RIVERSIDE WAREHOUSE | 11685 AVENUE 36E | | |
| 2360 COTTONWOOD AVENUE | WELLTON, AZ 85356 | | |
| RIVERSIDE, CA 92508 | | | |
| 3238697500 | | | |

| Qty | Item | Organic | Unit | Label | Pallets | Weight | Country |
|---|---|---|---|---|---|---|---|
| 53 | **Watermelon Seedless Peco Plt** | | 60 ct bin | Q Fresh | - | - | |



# Inventory units: 53  Total pallets: 0
# Inventory items; 1,  Approx. weight: 0 lb | 0 kg

Pickup Date & Time  07/11/24    5: 27pm          Driver's Name  Porfirio A. Figuera

Driver's Phone #  760-899-7583          Driver's License #  F2812204

Total Boxes  53    Total Pallets  53   Pallet Type  Pco / wood   Total Weight _____  Load Bars _____

Trucking Company  E&E Hauling         Trailer / Truck License #  4PX7732-AM24712  Seal # _____

Walls  A   Floor  A   Ceiling  A   A = acceptable U =unacceptable / Truck won't be loaded

Temperature recorder? Yes / No _____   Product Temp.  40°   Initials _____

Pallets IN _____   Pallets OUT  53    Supervisor  Cejor   5:28pm

Invoice # 1402 (MELON CORP - WELLTON, AZ)
Date ordered: 7/9/2024 03:00 PM
Last updated: 7/11/2024 04:53 PM     **SIGNATURE**  Por A Fig     **DATE**  7/11/24

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any cost and expenses, as additional sums owed in connection with this transaction.

**SMART & FINAL RECEIVING**

Vendor # 50384    PO # 242843572 Date: 7-12-14

Unloaded By CDS    Time In 14:47 Time Out 21:20

BOL total cases 53    AGRN total cases 56    Door # 2

Cases Damaged 0    Cases Refused 0

Cases Over (+) 0    Cases Short (-) 3    Total cases Recvd 53

Ttl Plts after Breakdown 53    Cold DC use only - Temperature 6

# of CHEP Pallets _____ # of IGPS Pallets _____

# of Brown Pallets _____ # of PECO Pallets _____

Checker # _____ Name Aba    Sign _____

Comprehensive Distribution
13639 Cimarron Ave.
Gardena, CA 90249  (909)9

Ticket #  13038673
Date      07-12-2024
Facility  S&F Riv
Door      Door29
Invoice TO
Truck Co. : E & E HAVLING LLC
Truck #   26
Trailer # 104
P.O. #    242843572
APV #
Vendor    MELON
Appt Time 00:00
Arrival Time :14:50
Time Start : 21:00
Finish.    22:00
Load Details : Pin-Wheel
Lavor     Palletized
From 53        To   53
In  0          Out  0
Layer(s)
Restack(s)
Cases :   53
Payment Method : Check
Base Fee : $280.00
Handling Fee  $
Check SVC Fee5.80
Total Fee . $285.00
Rcv's Name  ABRAHAM
CDS ID
Driver's Name

07-12-2024 10:05:04 PM



# Melon Corp

11500 S Eastern Ave Ste 150 Henderson NV 89052 United States

**Shipping address:**
PACIFIC SALES - FRESNO, PACIFIC SALES - SALINAS
14 SPRECKELS LN # 204
SALINAS CA 93908
United States

**Billing Address**
PACIFIC SALES - FRESNO
802 W PINEDALE AVE STE 102
FRESNO CA 93650
United States

# Invoice 1590

| Customer PO: | Invoice Date: | Due Date: | Source: | Reference: |
|---|---|---|---|---|
| KL3012 | 11/04/2024 | 11/14/2024 | SO1624 | 1590/38 |

| Description | Quantity | Unit Price | Fees | Total Price |
|---|---|---|---|---|
| Watermelon Seedless [Bin 700.0 lb(s) 60 ct US #1 Q Fresh Peco] | 54.000 | 133.0000 | 0.0000 | $ 7,182.00 |
| | | **Total** | | **$ 7,182.00** |
| | | **Total Quantity** | | 54 |

Please use the following communication for your payment : **1590**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a Trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any cost and expenses, as additional sums owed in connection with this transaction. "All claims must be reported by WRITTEN NOTICE received by seller within 24 HOURS of arrival and supported by acceptable USDA INSPECTION certificates. NO DEDUCTIONS ALLOWED without prior written authorization from seller. A FINANCE CHARGE calculated at the rate of 1.5% PER MONTH (18% ANNUALLY), or at the highest rate permitted by law, will be applied to all PAST DUE ACCOUNTS.

Payment terms: PACA PROMPT



Melon Corp
11500 S Eastern Ave Ste 150 Henderson NV 89052 United States
Phone Number: +17028485512

**Ship:** LAND

**Driver:** RAMON ARROYO
**Driver Lic:** A 3066895

**Customer PO#:** KL3012
**Sales Terms:** Sales
**Salesperson:** Gurdeep Billan

**NO:** BL-SO1624
**DATE:** 2024/11/02

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper

| S H I P | PACIFIC SALES - FRESNO, PACIFIC SALES - SALINAS<br>14 SPRECKELS LN # 204<br>SALINAS CA 93908 United States | B I L L | PACIFIC SALES - FRESNO<br>802 W PINEDALE AVE STE 102<br>FRESNO CA 93650 United States |
|---|---|---|---|

| UNITS SHIPPED | PRODUCT DESCRIPTION | Package | Weight | Brand | Grade | Size | Count | Weight Total |
|---|---|---|---|---|---|---|---|---|
| 56 | Watermelon Seedless | Bin | 700.00 lb(s) | Q Fresh | US #1 | 60 ct | | 39200.0 |

**Charges:**

| QTY | DESCRIPTION |
|---|---|
| | |

**LOADING INSTRUCTIONS:**                                    **DELIVERY INSTRUCTIONS:**

ANY INSPECTIONS MUST BE TIED TO FEDERAL PLI(POSITIVE LOT IDENTIFICATION) NUMBERS
No claims for shortage in packages or damage of any nature will be allowed unless agent checks full unload and proper notation is made on freight bill at time of unloading. No freight deductions for unloading charges will be allowed unless noted above on this bill of lading.

| REFRIGERATION INSTRUCTIONS:<br>**Temp Degrees:** F | LOW<br><br>45.0 F | HIGH<br><br>55.0 F |
|---|---|---|
| **Inspection#:**<br>**Recorder#:**<br>**Seal#:** | Ship via: Semi-Trailer Truck<br>Loaded at: Sandy Valley, NV. | |
| **Trailer License:** 4VE7663 | | |

**Packages:** 56.0                              **Weight:** 39200.0 lb(s)

**DRIVER SIGNATURE:**_____          **DATE:**_____

Received above in good shipping condition and verified count.
**Shipper Signature:**_____          **Date:** 11/02/24

**Consignee Signature** Gurd Arroyo          **Date:** 11/8/24
Received above property in good order except as noted.

**Truck Brocker:**
**Motor Carrier:** PATTAR

1. Where used in this Bill of Lading, the term Carrier means the person, firm, or corporation operating the motor vehicle and in possession of the property under this contract; and the execution of this contract by the Carrier shall bind jointly and severally, the person, firm or corporation owning or operating the motor vehicle. The Carrier assumes full responsibility for any and all loss, damage or delay to the property while in its possession and until delivery to the consignee except when the loss, damage or delay is caused by an act of God, act of public enemy or by an act or omission of the shipper or consignee.

2. The carrier agrees to transfer of property under protective service, set at the temperature specified, between the origin and destination shown on this contract and to deliver the property to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property, then the Carrier agrees to pay the owner of the property for the actual loss or injury to the property resulting from such failure.

3. It is further agreed that if no specific delivery time is stated on this contract, then timely delivery of the property will be based on the Carrier's usual and normal schedule for perishable shipments transported within reasonable dispatch between the points shown on this contract. The Carrier represents that the delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will comply with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement.

4. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in the case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with a Carrier or Truck Broker, if any.

5. The Carrier warrants and represents to shipper and consignee, or owner of the shipment, that the motor vehicle described in this contract is covered by a valid effective insurance policy, in at least the amounts prescribed by the federal government. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $25,000.00 and that additional coverage will be obtained to cover the actual value of the shipment if the shipper states the value on the face of this contract.

6. All parties acknowledge that the Truck Broker, for compensation received from the Carrier, has acted as the Carrier's agent. It is acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of omission, or any failure to fully perform and comply with the terms of this agreement.

Received from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

Carrier or its agent certifies that the TRU equipment furnished for loading is in compliance with California regulations.



# Melon Corp

11500 S Eastern Ave Ste 150 Henderson NV 89052 United States

**Shipping address:**
WALMART DC 8852
2701 S DRIVER ROAD
SHAFTER CA 93263
United States

**Billing Address**
WALMART
702 S.W. EIGHT ST
BENTONVILLE AR 72716
United States

# Invoice 1521

| Customer PO: | Invoice Date: | Due Date: | Source: | Reference: |
|---|---|---|---|---|
| 0847886628 | 08/15/2024 | 08/25/2024 | SO1521 | 1521/66 |

| Description | Quantity | Unit Price | Fees | Total Price |
|---|---|---|---|---|
| Watermelon Seeded [Bin 700.0 lb(s) 35 ct US #1 Del Mar Chep] | 46.000 | 182.0000 | 0.0000 | $ 8,372.00 |

| | |
|---|---|
| **Total** | **$ 8,372.00** |
| **Total Quantity** | **46** |

Please use the following communication for your payment : **1521**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Payment terms: PACA PROMPT



STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL-NON NEGOTIABLE

| Shipper: | Ship: | 8/14/2024 | Order #: | 1521 |
| Melon Corp | Load: | 8/14/2024 | Cust PO: | 0847886828 |
| 11500 S. Eastern Ave # 150 | Out: | 8/14/2024 | Terms: | Delivered |
| Henderson, NV 89052 | Dlvr By: | 8/15/2024 | Slsprsn: | Gurdeep Billan |
| Phone: 602-478-1639 | Driver: | | Truck Lic: | |
| | Driver Lic: | | Trailer Lic: | |

| To (Consignee): | | Destination: | | Telephone: |
| Walmart | | Walmart DC 8852 | | |
| 702 S. W. Eight St. | | 2701 South Driver Road | | |
| Bentonville, AR 72716 | | Shafter, CA 93263 | | |

Page 1 of 1

| Carrier: | Carrier Arranged By: | Temp Degrees F. | Low: | 40 | High: | 44 |
| United Cargo Solutions | Truck Brkr: | Ship Via:  Truck | | | Melon Corp | |
| 6348 S. Hogley Rd, Suite 106 | | Ship Charges Paid By: | Loaded At: | | Two Hawk Ranch | |
| Gilbert, AZ 85298 | | Consignee | | | HCR 37 Box 1181 | |
| | | | | | Sandy Valley, NV 89019 | |

Reporting Instructions:

| Ordered | Shipped | Description | Gross Weight |
|---|---|---|---|
| 57 | 57 | Watermelon Seeded Bin 35 ct Q Fresh Wood | 39900 |
| 57 | 57 | | 39900 |

Inspection:          Reorder No:          Chart No:

Loading Instructions:                     Seal No:

Delivery Instructions:

Billing Instructions:

Contract Terms and Conditions

1. Where used in this Bill of Lading, the term Carrier means the person, firm, or corporation operating the motor vehicle and in possession of the property under this contract; and the execution of this contract by the Carrier shall bind jointly, and severally, the person, firm or corporation owning or operating the motor vehicle. The Carrier assumes full responsibility for any and all loss, damage or delay to the property while in its possession and until delivery to the consignee except when the loss, damage, or delay is caused by an act of God, act of public enemy or by an act or omission of the shipper or consignee.

2. The Carrier agrees to transport of property under protective service, at the temperature specified, between the origin and destination shown in this contract and to deliver the property to the consignee in good condition at the delivery time specified, if any, in the event the Carrier fails to so transport and deliver the property, then the Carrier agrees to pay the owner of the property for the actual loss or injury to the property resulting from such failure.

3. It is further agreed that if no specific delivery time is stated on this contract, then timely delivery of the property will be based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown on this contract. The Carrier represents that the delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will comply with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement.

4. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in the case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with a Carrier or Truck Broker, if any.

5. The Carrier warrants and represents to shipper and consignee, or other owner of the shipment, that the motor vehicle described in this contract is covered by a valid effective insurance policy, in at least the amounts prescribed by the federal government. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $25,000.00 and that additional coverage will be obtained to cover the actual value of the shipment if the shipper states the value on the face of this contract.

6. All parties acknowledge that the Truck Broker, for compensation received from the Carrier, has acted as the Carrier's agent. It is acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of omission, or any failure to fully perform and comply with the terms of this agreement.

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry

and deliver said property to the consignee, subject only to the terms and conditions of this contract,

which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

Carrier or its agent certifies that the TRU equipment furnished for loading is in compliance with Nevada regulations.

Shipper: _____     Date: _____

Carrier: _____     Date: _____
         Received above in good shipping condition and verified count.

Consignee: _____     Date: _____
         Received above perishable property in good order, except as noted.

**WALMART INC.**
**DC 8852**
**DELIVERY CONFIRMATION REPORT**

**Report Date**     08/15/2024                                                          **User ID**     amm01k9

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Delivery #** | **Trailer #** | **Carrier Code** | **Seal #** | **Arrival Date** | **Receiving Start Time** | **Receiving Stop Time** | **Driver Unload** |
| 28624335 | 532306 | SIKE | Ns | 08/15/2024 05:12:13 | 08/15/2024 06:47:44 | 08/15/2024 07:03:17 | NO |
| **Temperature** | Nose :63.0 F | | **Middle :63.0 F** | **Tail :63.0 F** | | **Recorder  Found** | |

**PO Details :**

| PO # | Bill Of Lading # | Vendor Name | Pro # | PO Type | PO Freight Bill Qty | Total Cases Received | Over | Short | Damage | Problem | Reject |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0847886628 | 0 | MELON CORP | - | 20 | 57 | 46 | 0 | 11 | 0 | | 0 |

**PO Line Details :**

| PO # | Line # | Item no | Item UPC Description | UOM | Order Qty | FBQ | Rcvd Qty | Overage | Shortage | Damage | Damage Reason Code | Reject | Reject Reason Code | Problem |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0847886628 | 1 | 667981525 | 00850046329241 WMELON SDD 35 MC | VNPK | 57 | 57 | 46 | 0 | 11 | 0 | - | 0 | - | 0 |

**Damage Codes:**   D10 - Supplier claim with $20 or more     D11 - Carrier claim with $100 or more     D12 - Carrier claim less than $100     D12 - Shipper Load Count     D29 - Concealed damage

**Rejection Codes:**   R10 - Reject Vendor     R11 - Reject Carrier     NOF - Not our Freight

This e-mail and any files transmitted with it are confidential and intended solely
for the individual or entity to whom they are addressed.  If you have received
this e-mail in error, destroy it immediately. Walmart * Sensitive.

Document generated from GDM
Generated by : t0u007w
Generated at : 08/15/2024  07:09:44

Trailer Control Record

⊕ Home    🗏 Report

**TRAILER CONTROL RECORD: 238519**                    **DC#: DC 8852**

| 532306 | SIKE | 28624335 | 08/15/2024 05:15 | 08/15/2024 05:12 |
|---|---|---|---|---|
| TRAILER# | CARRIER | DELIVERY# | APPT TIME | ARRIVAL D/T |

## ARRIVAL INFORMATION

| | | |
|---|---|---|
| INBOUND SEAL#: Ns | SEALED AT GATE: N | INTACT: Y |
| AP ASSOCIATE: A0C0E99 | CURRENT SEAL#: Ns | |
| ACTUAL REEFER TEMPS:   ZONE1: 52   ZONE2:   ZONE3: | | REEFER FUEL LEVEL: 50% |
| SET REEFER TEMPS:   ZONE1: 50   ZONE2:   ZONE3: | | LOAD ID#: |

## RECEIVING OFFICE

| DROP: N   DRIVER UNLOAD: N   COMMODITY: SCDP   TRACTOR#: 66   DELIVERY COMMENTS: 231-903-2302 |
|---|

## RECEIVING DOCK

| DOOR#: | 116 | ASSIGNED BY: | | CLOSED BY: | f0g02aa |
|---|---|---|---|---|---|
| | | DRIVER ARRIVAL AT WINDOW: | 08/15/2024 05:18 | UNLOAD END TIME: | 08/15/2024 07:03 |
| UNLOADER: | amm01k9 | UNLOAD START TIME: | 08/15/2024 06:47 | PAPERWORK AVAILABLE AT WINDOW: | 08/15/2024 07:26 |

| TRAILER EMPTY: Y | (IF NO, COMPLETE RETURN FIELDS) |
|---|---|

## RETURN/TRANSFER

| RETURN CONTENTS: | REASON: |
|---|---|
| DESCRIPTION: | |

## RE-ENTRY

————————————

## SEAL INFORMATION

| | |
|---|---|
| SEAL#: | |

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

| | |
|---|---|
| Equip ID: | **532306** |
| Equip Arrival: | **08/15/24 0512** |
| Carrier: | **SIKE** |
| Seal: | **Ns** |
| Reseal: | *116* |
| Door/Zone: | **APPOINTMENT** |
| Del Date: | **08/15/24 0515** |

| | |
|---|---|
| Status: | **AP** |
| Temp1: | **52** |
| Temp2: | |
| Temp3: | |
| Fuel Lvl: | **50** |
| Dept: | **SCDP** |
| Type: | **53' NON Center** |

| | |
|---|---|
| TRAILER RELEASED BY#: f0g02aa | |

| AP ASSOCIATE: | |
|---|---|
| REEFER TEMPS: | ZONE1: |

Export to

I have read and understand the posted copy of Wal-Mart's Appointment / Drop Rules and Regulations

Driver Signature: *Allan Brodbe*

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

Delivery: **28624335**        DC:    **8852**

**MOTOR CARRIER**
STRAIGHT BILL OF LADING
*FOR EXEMPT COMMODITIES*
*ORIGINAL NON-NEGOTIABLE*

Dest PO #:

Ship Data: 8/14/2024          Terms of Sale: FOB

RECEIVED, from shipper named herein, the perishable property described below, in good order and condition except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged be truck broker, named herein, if any), whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract printed pr written on the face and back hereof, which are hereby agreed to by the motor carrier, the shipper, and the truck broker, if any.

| NAME AND ADDRESS OF CARRIER | CARRIER TRAILER LICENSE # |
|---|---|
| Southport | MI E654506 |

**TO: NAME AND ADDRESS OF CONSIGNEE**
Melon Corp.
Henderson, NV,

**FROM: NAME AND ADDRESS OF SHIPPER**
Del Mar Packing
Patterson, CA

**DESTINATION:**
Melon Corp
Shafter, CA,

| PICKUP NO. | BILL OF LADING NO. |
|---|---|
| 1521 | 49538 |

| Units/Weight | Description of articles and special marks | PRODUCT OF: |
|---|---|---|
| 57 | Melons Seeded Watermelon Del Mar Bin 35s #1 | U.S.A. |

THIS SHIPMENT IS FREIGHT COLLECT (UNLESS OTHERW SE STATED): IF the carrier named herin or its agent delivers the shipment to the consignee or its agent without payment of freight or other lawful charges, the carrier or its agent, does so without recourse to the shipper or its agent

PALLETS:

ALL FOOD SAFETY REQUIREMENTS & CUSTOMER SPECIFICATIONS HAVE BEEN MET
GGN - 4056186334633

INSTRUMENTS:

DOCUMENTS:

SPECIAL INSTRUCTIONS:

REFRIGERATION INSTRUCTIONS:
TEMPERATURE RANGE TO BE MAINTAINED:   50 to 60

SHIPPER SIGNATURE: *JH*

DATE: 8-14-24

CARRIER/DRIVER SIGNATURE: *K Allen Brodber*

DATE:

Carrier or its agent certifies that the TRU equipment furnished for loading this shipment is in compliance with California regulations

**CONSIGNEE'S RECEIPT:**   RECEIVED ABOVE PERISHABLE PROPERTY IN GOOD ORDER, EXCEPT AS NOTED

DATE RECEIVED: _____   CONSIGNEE SIGNATURE: _____

| | | | | |
|---|---|---|---|---|
| **TRAILER CONTROL RECORD: 238519** | | | **DC#: DC 8852** | |
| 532306 | SIKE | 28624335 | 08/15/2024 05:15 | 08/15/2024 05:12 |
| TRAILER# | CARRIER | DELIVERY# | APPT TIME | ARRIVAL D/T |

🏠 Home    📄 Report

### ARRIVAL INFORMATION

| | | |
|---|---|---|
| **INBOUND SEAL#:** Ns | **SEALED AT GATE:** N | **INTACT:** Y |
| **AP ASSOCIATE:** A0C0E99 | **CURRENT SEAL#:** Ns | |
| **ACTUAL REEFER TEMPS:** ZONE1: 52 ZONE2: ZONE3: | | **REEFER FUEL LEVEL:** 50% |
| **SET REEFER TEMPS:** ZONE1: 50 ZONE2: ZONE3: | | **LOAD ID#:** |

### RECEIVING OFFICE

| | | | | |
|---|---|---|---|---|
| **DROP:** N | **DRIVER UNLOAD:** N | **COMMODITY:** SCDP | **TRACTOR#:** 66 | **DELIVERY COMMENTS:** 231-903-2302 |

### RECEIVING DOCK

| | | | |
|---|---|---|---|
| **DOOR#:** 116 | **ASSIGNED BY:** | **CLOSED BY:** | f0g02aa |
| | **DRIVER ARRIVAL AT WINDOW:** 08/15/2024 05:18 | **UNLOAD END TIME:** | 08/15/2024 07:03 |
| **UNLOADER:** amm01k9 | **UNLOAD START TIME:** 08/15/2024 06:47 | **PAPERWORK AVAILABLE AT WINDOW:** | 08/15/2024 07:26 |

| | |
|---|---|
| **TRAILER EMPTY:** Y | **(IF NO, COMPLETE RETURN FIELDS)** |

### RETURN/TRANSFER

| | |
|---|---|
| **RETURN CONTENTS DESCRIPTION:** | **REASON:** |

### RE-ENTRY

### SEAL INFORMATION

| | |
|---|---|
| **SEAL#:** | |
| **TRAILER RELEASED BY#:** f0g02aa | |
| **AP ASSOCIATE:** | |
| **REEFER TEMPS:** ZONE1: | |

IIIIII IIIII IIII IIIIII IIIII

Equip ID: — 532306    Status: **AP**

Equip Arrival: **08/15/24 0512**    Temp1: **52**

Carrier: **SIKE**    Temp2:

Seal: **Ns**    Temp3:

Reseal: **116**    Fuel Lvl: **50**

Door/Zone: — **APPOINTMENT**    Dept: **SCDP**

Del Date: — **08/15/24 0515**    Type: **53' NON Center**

Export to ...

I have read and understand the posted copy of Wal–Mart's:
Appointment / Drop Rules and Regulations

Driver Signature: _Allan Brodbe___

IIIIII IIIII IIII IIIIII

Delivery: **28624335**      DC: **8852**

**WALMART INC.**
**DC 8852**
**DELIVERY CONFIRMATION REPORT**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Report Date** | 08/15/2024 | | | | **User ID** | amm01k9 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Delivery #** | **Trailer #** | **Carrier Code** | **Seal #** | **Arrival Date** | **Receiving Start Time** | **Receiving Stop Time** | **Driver Unload** |
| 28624335 | 532306 | SIKE | Ns | 08/15/2024 05:12:13 | 08/15/2024 06:47:16 | 08/15/2024 07:03:17 | NO |

**Temperature**   Nose :63.0 F          Middle :63.0 F          Tail :63.0 F                    **Recorder  Found**

**PO Details :**

| PO # | Bill Of Lading # | Vendor Name | Pro # | PO Type | PO Freight Bill Qty | Total Cases Received | Over | Short | Damage | Problem | Reject |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0847886628 | 0 | MELON CORP | - | 20 | 57 | 46 | 0 | 11 | 0 | 0 | 0 |

**PO Line Details :**

| PO # | Line # | Item no | Item UPC Description | UOM | Order Qty | FBQ | Rcvd Qty | Overage | Shortage | Damage | Damage Reason Code | Reject | Reject Reason Code | Problem |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0847886628 | 1 | 667981525 | 00850046329241 WMELON SDD 35 MC | VNPK | 57 | 57 | 46 | 0 | 11 | 0 | - | 0 | - | 0 |

**Damage Codes:**   D10 - Supplier claim with $20 or more     D11 - Carrier claim with $100 or more     D12 - Carrier claim less than $100     D12 - Shipper Load Count     D29 - Concealed damage

**Rejection Codes:**   R10 - Reject Vendor     R11 - Reject Carrier     NOF - Not our Freight

This e-mail and any files transmitted with it are confidential and intended solely for the individual or entity to whom they are addressed.  If you have received this e-mail in error, destroy it immediately. Walmart * Sensitive.

Document generated from GDM
Generated by : t0u007w
Generated at : 08/15/2024 07:09:44



# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

| | |
|---|---|
| **Shipper:**<br>Melon Corp<br>11500 S. Eastern Ave # 150<br>Henderson, NV 89052<br>Phone: 602-478-1639 | **Ship:** 8/14/2024<br>**Load:** 8/14/2024<br>**Out:** 8/14/2024<br>**Dlvr By:** 8/15/2024<br>**Driver:**<br>**Driver Lic:** |

**Order #:** 1521
**Cust PO:** 0847886628
**Terms:** Delivered
**Slsprsn:** Gurdeep Billan
**Truck Lic:**
**Trailer Lic:**

| **To (Consignee):**<br>Walmart<br>702 S. W. Eight St.<br>Bentonville, AR 72716 | **Destination:**<br>Walmart DC 8852<br>2701 South Driver Road<br>Shafter, CA 93263 | **Telephone:** |
|---|---|---|

Page 1 of 1

| **Carrier:**<br>United Cargo Solutions<br>6348 S. Hogley Rd, Suite 106<br>Gilbert, AZ 85298 | **Carrier Arranged By:**<br>Truck Brkr: | **Temp Degrees F.**<br>**Ship Via:** Truck<br>**Ship Charges Paid By:**<br>Consignee | **Low:** 40<br>**Loaded At:** | **High:** 44<br>Melon Corp<br>Two Hawk Ranch<br>HCR 37 Box 1181<br>Sandy Valley, NV 89019 |
|---|---|---|---|---|

**Reporting Instructions:**

| Ordered | Shipped | Description | Gross Weight |
|---|---|---|---|
| 57 | 57 | Watermelon Seeded Bin 35 ct Q Fresh Wood | 39900 |
| 57 | 57 | | 39900 |

**Inspection:**

**Loading Instructions:**

**Delivery Instructions:**

**Billing Instructions:**

**Recorder No:**

**Chart No:**

**Seal No:**

## Contract Terms and Conditions

1. Where used in this Bill of Lading, the term Carrier means the person, firm, or corporation operating the motor vehicle, and the execution of this contract by the Carrier shall bind jointly, and severally, the person, firm or corporation owning or operating the motor vehicle. The Carrier assumes full responsibility for any and all loss, damage or delay to the property while in its possession and until delivery to the consignee except when the loss, damage, or delay is caused by an act of God, act of public enemy or by an act or omission of the shipper or consignee.

2. The Carrier agrees to transport of property under protective service, at the temperature specified, between the origin and destination shown in this contract and to deliver the property to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property, then the Carrier agrees to pay the owner of the property for the actual loss or injury to the property resulting from such failure.

3. It is further agreed that if no specific delivery time is stated on this contract, then timely delivery of the property will be based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown on this contract. The Carrier represents that the delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will comply with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement.

4. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in the case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with a Carrier or Truck Broker, if any.

5. The Carrier warrants and represents to shipper and consignee, or other owner of the shipment, that the motor vehicle described in this contract is covered by a valid effective insurance policy, in at least the amounts prescribed by the federal government. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $25,000.00 and that additional coverage will be obtained to cover the actual value of the shipment if the shipper states the value on the face of this contract.

6. All parties acknowledge that the Truck Broker, for compensation received from the Carrier, has acted as the Carrier's agent. It is acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of omission, or any failure to fully perform and comply with the terms of this agreement

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry

and deliver said property to the consignee, subject only to the terms and conditions of this contract,

which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

Carrier or its agent certifies that the TRU equipment furnished for loading is in compliance with Nevada regulations.

Shipper: _____ Date: _____

Carrier: _____ Date: _____

Received above in good shipping condition and verified count.

Consignee: _____ Date: _____

Received above perishable property in good order, except as noted.



**MELON CORP**
11500 S EASTERN AVE #150,
Henderson, NV 89052
Phone: 602-478-1639

**Invoice #1288**

**Sales Confirmation**

**Sales Contact**
Gurdeep Billan

| BILL TO | PICKUP AT | CUSTOMER PO# | ORDER TYPE | REQUESTED DATE |
|---|---|---|---|---|
| ALDAY'S PRODUCE, INC. | Melon Corp | aldays | Pickup | Jun 27, 2024 |
| 1601 E OLYMPIC BLVD , BAYS 219-220-221-504 | UNI-KOOL COOLING , 2210 E 24th ST | | **TERMS** | **DUE DATE** |
| LOS ANGELES, CA 90021-1936 | YUMA, AZ 85365 | | Net 21 | Jul 18, 2024 |

### Inventory Items

| Qty | Item | Organic | Unit | Label | Pallets | Weight | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 432 | **HONEYDEW MELON** | | 5 ct carton | Jbo Q Fresh | - | - | $8.50 | $3,672.00 |
| 504 | **Sweet Cantaloupe Wd Plt** | | 9 ct case | Jbo Q Fresh | 12 | - | $0.00 | $0.00 |

### Non-Inventory Items

| Item | Qty | Category | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| Airbag | 9 | Materials | | $0.00 | $0.00 |

**Inventory units:** 936   **Non-inventory units:** 9   **Total pallets:** 12
**Inventory items:** 2   **Non-inventory items:** 1   **Approx. weight:** 0 lb | 0 kg

**Inventory total:**   **$3,672.00**
**Non-inventory total:**   **$0.00**
**Total:**   **$3,672.00**

Invoice #1288 (MELON CORP )
Date ordered: 6/27/2024 10:07 AM
Last updated: 6/27/2024 10:49 PM   SIGNATURE _____   DATE _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any cost and expenses, as additional sums owed in connection with this transaction.



# Bill Of Lading

**Evo Logistics**
780 South Alameda Street Unit 1
Los Angeles CA USA 90021
(323) 484-4000

| | | |
|---|---|---|
| **Carrier:** | Evo Logistics | **Ship ID #:** S1900 |

**Ship Date:** 04/12/2024

**Shipper:** Melon Corp.

**Deliver To:** Aldays
1601 E. Olympic blvd Los Angeles, CA

**PO#:** ALDAYS
**Order Ref#:**
**Notes:**

**Delivery Method:** Door Delivery

| Lot# | Quantity | Item# | Item Description | ASC# | Net weight |
|---|---|---|---|---|---|
| AIP24028 | 120 | STROG0816 | Org. Strawberry 8x16oz | | 960 |
| AIP24029 | 120 | STROG0816 | Org. Strawberry 8x16oz | | 960 |
| AIP24030 | 120 | STROG0816 | Org. Strawberry 8x16oz | | 960 |

**Total Qty:** 360      **Total Weight:** 2880 LBS

Received #504
04-12-24
Aldays Produce
Evo Logistics LA. ASC-C-03460 / MSC-C-59149

comen and rotten NO Q/+
mold



**Receiver's Signature:** _____     **Date:** 4/12     **Time:**

ATTN Trucker/ Receiver, Your Signature acknowledges receipt of the correct description (size and grade) And total amount of pieces as well as no damaged boxes.

**Pallet Type (Circle):**   (#1)   #2   Blue

**Pallet In:** 3     **Pallet Out:** 3     **Product Temperature:** 32

**Released by:** alan



**MELON CORP**
11500 S EASTERN AVE #150,
Henderson, NV 89052
Phone: 602-478-1639

**Invoice #801**

**Sales Confirmation**

**Sales Contact**
Gurdeep Billan

| BILL TO | PICKUP AT | CUSTOMER PO# | ORDER TYPE | REQUESTED DATE |
|---|---|---|---|---|
| TOM LANGE COMPANY, INC. | Melon Corp | 557575 | Pickup | Apr 10, 2024 |
| 500 N BROADWAY , SUITE #1360 | 400 N LOMBARD ST | | | |
| ST LOUIS, MO 63102 | OXNARD, CA 93030 | | **TERMS** | **DUE DATE** |
| | | | Net 21 | May 01, 2024 |

| Qty | Item | Organic | Unit | Label | Pallets | Weight | Country | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 928 | **STRAWBERY 1 LBS** | | 8 ct | Q Fresh | - | - | US | $3.00 | $2,784.00 |

**Inventory units:** 928    **Total pallets:** 0
**Inventory items:** 1    **Approx. weight:** 0 lb | 0 kg

| | |
|---|---|
| **Total:** | **$2,784.00** |
| **Previous account balance:** | **$50,568.75** |
| **Current account balance:** | **$53,352.75** |

Invoice #801 (MELON CORP )
Date ordered: 4/8/2024 04:26 PM
Last updated: 8/8/2024 07:32 AM    SIGNATURE _____    DATE _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any cost and expenses, as additional sums owed in connection with this transaction.

Case 5:24-cv-04781-NW Document 83-2 Filed 03/07/25 Page 38 of 38

| Trailer | Number |  | Order No: |
|---|---|---|---|
| Re-assign | 716289 WL | Driscoll's<br>Only the Finest Berries | OR03360666 |
| | | | Customer PO No: |
| | | | X5224809 |

## MOTOR CARRIER
### STRAIGHT BILL OF LADING
### Original Non-negotiable

Page 1 of 1

RECEIVED, from the shipper named above, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to this contract whereby the carrier named above, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee named below, subject only to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the carrier and the shipper. THIS SHIPMENT IS FREIGHT COLLECT (unless otherwise stated): If the carrier named herein or its agent, delivers this shipment to the consignee or its agent, without payment of freight charges or other lawful charges, the carrier or its agent, does so without recourse to the shipper or its agent.

| Date | To (Name and address of consignee) | From (Name and address of shipper) |
|---|---|---|
| 06/17/2024 | Whole Foods Market, Inc.<br>28 2nd St, Ste 200<br>Watsonville, CA, 95076 | Driscoll's Inc.<br>P.O. Box 50045<br>Watsonville, CA 95077 |
| Destination | | Loaded at (Specify location of cooler, packing house, field, etc) |
| Whole Foods Market Cheshire<br>400 E Johnson Ave<br>Cheshire, CT, 06410 | | Coastal Cooling Castroville CA USA<br>Castroville, CA, 95012 |

Forward Shipment Destination

| No. of Packages | Unit Weight | Est Weight | Description of Articles and Special Marks |
|---|---|---|---|
| ✳ 2,880 | 9.07 | 26,121.60 | Drisc Org Straw 8x16oz Clam EF |
| 2,880 | | 26,121.60 | Qty: 2,880   COO     USA - California |
| 24 | | | CHEP |
| 1 | | | Recorder Emerson GO Real Time 4G 5G      7100450845 |
| 1 | | | Recorder Sensitech TempTale RF            MEP8C02N30 |
| 24 | | | Tectrol |

Topic ✳ Rejected and returned entire order .. elevated product temperatures (41-48°F).

Created Datetime 2 out of 2 temp recorders found.

Driver X

| Refrigeration Instructions | | Shipper | Coastal Cooling Castroville CA USA |
|---|---|---|---|
| Temperature must be set and maintained at 32F degrees or in the "Driscolls Berries" mode.<br>The refrigeration unit must ALWAYS be operated in the "CONTINUOUS" mode. | | Address<br>Per | 11296 BLACKIE RD<br>Castroville, CA, 95012 |

| | Date | Time |
|---|---|---|
| Loading Start | 06/17/2024 | 09:14 AM |
| Loading End | 06/17/2024 | 10:05 AM |

Jonesboll
6/21/24

If shipping out of or into California, the Broker, Carrier or its agent certifies that any TRU equipment hired or furnished will be in compliance with the in-use requirements of California TRU regulations.

| Driver Name | RAHUL |
|---|---|
| Driver | |