# Exhibit C



*A Limited Liability Company*
400 East Pratt Street
9th Floor
Baltimore, Maryland 21202
Telephone  410.385.2225
Facsimile  410.547.2432
silvermanthompson.com

Baltimore | Towson | Washington, DC

Writer's Direct Contact:
Mark Edelson
443-909-7510
medelson@silvermanthompson.com

ATTORNEYS AT LAW

July 30, 2024

*Via U.S. Mail, Postage Prepaid, Certified Mail, Return Receipt Requested and Email*

Peddler's Son
c/o Patricia Ruiz Lopez
3235 East Jackson Street
Phoenix, AZ 85034

prlopz@peddlersson.com

**U.C.C. LIEN NOTICE AND NOTICE OF ASSIGNMENTS OF ACCOUNTS RECEIVABLE BY ASSIGNOR TO SILO TECHNOLOGIES, INC., AS ASSIGNEE**

> Re:   Silo Technologies, Inc.'s ("Silo") U.C.C Lien Notice to Peddler's Son ("You") for collection of **$7,152,213.85** ("Balance Owed") owed by Melon Corp. ("Melon") to Silo for breach of the Silo Instant Pay Program and Cash Advance Program (collectively, the "Silo Agreements")

To Whom It May Concern:

This law firm represents Silo regarding this matter. This U.C.C. lien notice and secured creditor's demand for payment of accounts receivables is sent to You pursuant to Uniform Commercial Code ("UCC") § 9-406, because You are an account debtor of Melon (as "account debtor" is defined by the UCC).

Please be advised that Melon defaulted on its obligations to Silo under the Silo Agreements and is indebted to Silo for the Balance Owed.

Silo filed a UCC-1 financing statement in the Office of the Secretary of State of Nevada thereby obtaining a perfected security interest in Melon's assets, including its accounts and accounts receivable. A copy of the UCC-1 and the Silo Agreements are enclosed for your reference.

Silo is aware that You possess accounts receivables due and owing to Melon or are otherwise indebted to Melon. Under UCC § 9-406, after receipt of this notice, "the account debtor may discharge its obligation by paying the assignee and may not discharge the obligation by paying the assignor." In other words, You may only satisfy the debt that You owe Melon by paying Silo. In addition, pursuant to UCC § 9-607, after an event of default, a secured party may notify an account debtor to make payment to or for the benefit of the secured party.

July 30, 2024
Page 2

**SILVERMAN THOMPSON**

      You are hereby notified to immediately pay all monies in your possession currently due and owing to Melon and all sums in your possession that would be payable to Melon to Silo, care of the undersigned, until the Balance Owed accrues. Your failure to remit to Silo all sums owed to Melon up to the Balance Owed will constitute a violation of the UCC and interference with the Silo Agreements.

      Thank you for your prompt attention to this matter, and please do not hesitate to contact me regarding the above. I can be reached at (410) 385-2225 or by e-mail to medelson@silvermanthompson.com.

                             Very truly yours,

                             SILVERMAN THOMPSON SLUTKIN & WHITE, LLC

                             By: */s/ Mark Edelson*
                                   Mark Edelson, Esq.

Washington
1750 K Street NW, Suite 810
Washington, DC 20006

Towson
1 W Pennsylvania Ave, #905
Towson, MD 21204

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
DILIGENZ INC 180-085-8529

**B. E-MAIL CONTACT AT FILER (optional)**
Kyle.Tisckos@cscglobal.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Diligenz, Inc.
6500 Harbour Heights Pkwy, Suite 400
Mukilteo, WA 98275, USA

**Filed in the Office of** [signature: F Aguilar]
Secretary of State
State Of Nevada

**Initial Filing Number**
2023307027-6
**Filed On**
February 28, 2023 12:42 PM
**Number of Pages**
1

---

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| MELON CORP. | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 11500 S EASTERN AVE SUITE 150 | HENDERSON | NV / 89052 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| SILO TECHNOLOGIES INC | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 8605 SANTA MONICA BLVD | WEST HOLLYWOOD | CA / 90069 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
ALL ACCOUNTS AND ACCOUNTS RECEIVABLE OF DEBTOR, WHEREVER LOCATED OR SITUATED AND WHETHER NOW EXISTING OR ARISING IN THE FUTURE, AND WHETHER NOW OWNED OR AT ANY TIME IN THE FUTURE ACQUIRED BY DEBTOR, TOGETHER WITH ALL PROCEEDS AND MONIES DUE OR BECOMING DUE ON SUCH ACCOUNTS EACH AS DEFINED IN ARTICLE 9 OF THE UNIFORM COMMERCIAL CODE; ALL GUARANTIES, INSURANCE, AND SECURITY FOR SUCH ACCOUNTS; ALL SECURITY RESERVES RELATED TO SUCH ACCOUNTS; ALL OF THE DEBTOR'S RIGHTS AND INTERESTS IN THE GOODS GIVING RISE TO SUCH ACCOUNTS, INCLUDING ANY AND ALL RELATED INSURANCE; ALL OF THE DEBTOR'S CHATTEL PAPERS, INSTRUMENTS, GENERAL INTANGIBLES, SECURITIES AND CONTRACT RIGHTS INCLUDING THOSE ASSOCIATED WITH THE ACCOUNTS OR PURCHASE ORDER CONTRACTS OF DEBTOR, ALL EQUIPMENT, INVENTORY, AND DEPOSIT ACCOUNTS; ALL PROCEEDS OF ANY OF THE FOREGOING ACCOUNTS, RIGHTS AND INTERESTS; AND ANY COMMERCIAL TORT CLAIM THAT SELLER MAY COME TO HAVE AND THAT IS SUBSEQUENTLY SPECIFICALLY REFERENCED BY WRITTEN AMENDMENT.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
2505 51322

---

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)



*A Limited Liability Company*
400 East Pratt Street
9th Floor
Baltimore, Maryland 21202
Telephone  410.385.2225
Facsimile  410.547.2432
silvermanthompson.com

Baltimore | Towson | Washington, DC

ATTORNEYS AT LAW

Writer's Direct Contact:
Mark Edelson
443-909-7510
medelson@silvermanthompson.com

July 30, 2024

*Via U.S. Mail, Postage Prepaid, Certified Mail, Return Receipt Requested and Email*

Fordel Marketing LLC
c/o Rick Hurt
11411 Southern Highlands Parkway, Suite 180
Las Vegas, NV 89141

rick@fordelmarketing.com

**U.C.C. LIEN NOTICE AND NOTICE OF ASSIGNMENTS OF ACCOUNTS RECEIVABLE BY ASSIGNOR TO SILO TECHNOLOGIES, INC., AS ASSIGNEE**

Re: Silo Technologies, Inc.'s ("Silo") U.C.C Lien Notice to Fordel Marketing LLC ("You") for collection of **$7,152,213.85** ("Balance Owed") owed by Melon Corp. ("Melon") to Silo for breach of the Silo Instant Pay Program and Cash Advance Program (collectively, the "Silo Agreements")

To Whom It May Concern:

This law firm represents Silo regarding this matter. This U.C.C. lien notice and secured creditor's demand for payment of accounts receivables is sent to You pursuant to Uniform Commercial Code ("UCC") § 9-406, because You are an account debtor of Melon (as "account debtor" is defined by the UCC).

Please be advised that Melon defaulted on its obligations to Silo under the Silo Agreements and is indebted to Silo for the Balance Owed.

Silo filed a UCC-1 financing statement in the Office of the Secretary of State of Nevada thereby obtaining a perfected security interest in Melon's assets, including its accounts and accounts receivable. A copy of the UCC-1 and the Silo Agreements are enclosed for your reference.

Silo is aware that You possess accounts receivables due and owing to Melon or are otherwise indebted to Melon. Under UCC § 9-406, after receipt of this notice, "the account debtor may discharge its obligation by paying the assignee and may not discharge the obligation by paying the assignor." In other words, You may only satisfy the debt that You owe Melon by paying Silo. In addition, pursuant to UCC § 9-607, after an event of default, a secured party may notify an account debtor to make payment to or for the benefit of the secured party.

SILVERMAN
THOMPSON

July 30, 2024
Page 2

    You are hereby notified to immediately pay all monies in your possession currently due and owing to Melon and all sums in your possession that would be payable to Melon to Silo, care of the undersigned, until the Balance Owed accrues. Your failure to remit to Silo all sums owed to Melon up to the Balance Owed will constitute a violation of the UCC and interference with the Silo Agreements.

    Thank you for your prompt attention to this matter, and please do not hesitate to contact me regarding the above. I can be reached at (410) 385-2225 or by e-mail to medelson@silvermanthompson.com.

                      Very truly yours,

                        SILVERMAN THOMPSON SLUTKIN & WHITE, LLC

                      By: */s/ Mark Edelson*
                           Mark Edelson, Esq.

Washington
1750 K Street NW, Suite 810
Washington, DC 20006

Towson
1 W Pennsylvania Ave, #905
Towson, MD 21204

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional) | **DILIGENZ INC 180-085-8529** |
| B. E-MAIL CONTACT AT FILER (optional) | **Kyle.Tisckos@cscglobal.com** |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address) | **Diligenz, Inc.**<br>**6500 Harbour Heights Pkwy, Suite 400**<br>**Mukilteo, WA 98275, USA** |

**Filed in the Office of** [signature] Secretary of State, State Of Nevada
**Initial Filing Number:** 2023307027-6
**Filed On:** February 28, 2023 12:42 PM
**Number of Pages:** 1

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **MELON CORP.** | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| **11500 S EASTERN AVE SUITE 150** | **HENDERSON** | **NV** / **89052** | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **SILO TECHNOLOGIES INC** | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| **8605 SANTA MONICA BLVD** | **WEST HOLLYWOOD** | **CA** / **90069** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:
**ALL ACCOUNTS AND ACCOUNTS RECEIVABLE OF DEBTOR, WHEREVER LOCATED OR SITUATED AND WHETHER NOW EXISTING OR ARISING IN THE FUTURE, AND WHETHER NOW OWNED OR AT ANY TIME IN THE FUTURE ACQUIRED BY DEBTOR, TOGETHER WITH ALL PROCEEDS AND MONIES DUE OR BECOMING DUE ON SUCH ACCOUNTS EACH AS DEFINED IN ARTICLE 9 OF THE UNIFORM COMMERCIAL CODE; ALL GUARANTIES, INSURANCE, AND SECURITY FOR SUCH ACCOUNTS; ALL SECURITY RESERVES RELATED TO SUCH ACCOUNTS; ALL OF THE DEBTOR'S RIGHTS AND INTERESTS IN THE GOODS GIVING RISE TO SUCH ACCOUNTS, INCLUDING ANY AND ALL RELATED INSURANCE; ALL OF THE DEBTOR'S CHATTEL PAPERS, INSTRUMENTS, GENERAL INTANGIBLES, SECURITIES AND CONTRACT RIGHTS INCLUDING THOSE ASSOCIATED WITH THE ACCOUNTS OR PURCHASE ORDER CONTRACTS OF DEBTOR, ALL EQUIPMENT, INVENTORY, AND DEPOSIT ACCOUNTS; ALL PROCEEDS OF ANY OF THE FOREGOING ACCOUNTS, RIGHTS AND INTERESTS; AND ANY COMMERCIAL TORT CLAIM THAT SELLER MAY COME TO HAVE AND THAT IS SUBSEQUENTLY SPECIFICALLY REFERENCED BY WRITTEN AMENDMENT.**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**2505 51322**



*A Limited Liability Company*
400 East Pratt Street
9th Floor
Baltimore, Maryland 21202
Telephone   410.385.2225
Facsimile   410.547.2432
silvermanthompson.com

Baltimore | Towson | Washington, DC

Writer's Direct Contact:
Mark Edelson
443-909-7510
medelson@silvermanthompson.com

ATTORNEYS AT LAW

July 30, 2024

*Via U.S. Mail, Postage Prepaid, Certified Mail, Return Receipt Requested and Email*

Costco Wholesale
c/o Henry Sengelmann
P.O. Box 34331
Seattle, WA 98124

C_hsenglemann@costco.com
Vendormaintenance2@costco.com

**U.C.C. LIEN NOTICE AND NOTICE OF ASSIGNMENTS OF ACCOUNTS RECEIVABLE BY ASSIGNOR TO SILO TECHNOLOGIES, INC., AS ASSIGNEE**

Re:   Silo Technologies, Inc.'s ("Silo") U.C.C Lien Notice to Costco Wholesale ("You") for collection of **$7,152,213.85** ("Balance Owed") owed by Melon Corp. ("Melon") to Silo for breach of the Silo Instant Pay Program and Cash Advance Program (collectively, the "Silo Agreements")

To Whom It May Concern:

This law firm represents Silo regarding this matter. This U.C.C. lien notice and secured creditor's demand for payment of accounts receivables is sent to You pursuant to Uniform Commercial Code ("UCC") § 9-406, because You are an account debtor of Melon (as "account debtor" is defined by the UCC).

Please be advised that Melon defaulted on its obligations to Silo under the Silo Agreements and is indebted to Silo for the Balance Owed.

Silo filed a UCC-1 financing statement in the Office of the Secretary of State of Nevada thereby obtaining a perfected security interest in Melon's assets, including its accounts and accounts receivable. A copy of the UCC-1 and the Silo Agreements are enclosed for your reference.

Silo is aware that You possess accounts receivables due and owing to Melon or are otherwise indebted to Melon. Under UCC § 9-406, after receipt of this notice, "the account debtor may discharge its obligation by paying the assignee and may not discharge the obligation by paying the assignor." In other words, You may only satisfy the debt that You owe Melon by paying Silo. In addition, pursuant to UCC § 9-607, after an event of default, a secured party may notify an account debtor to make payment to or for the benefit of the secured party.

July 30, 2024
Page 2

**SILVERMAN**
**THOMPSON**

     You are hereby notified to immediately pay all monies in your possession currently due and owing to Melon and all sums in your possession that would be payable to Melon to Silo, care of the undersigned, until the Balance Owed accrues. Your failure to remit to Silo all sums owed to Melon up to the Balance Owed will constitute a violation of the UCC and interference with the Silo Agreements.

     Thank you for your prompt attention to this matter, and please do not hesitate to contact me regarding the above. I can be reached at (410) 385-2225 or by e-mail to medelson@silvermanthompson.com.

     Very truly yours,

     SILVERMAN THOMPSON SLUTKIN & WHITE, LLC

     By: */s/ Mark Edelson*
          Mark Edelson, Esq.

Washington
1750 K Street NW, Suite 810
Washington, DC 20006

Towson
1 W Pennsylvania Ave, #905
Towson, MD 21204

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional)<br>**DILIGENZ INC 180-085-8529** | |
| B. E-MAIL CONTACT AT FILER (optional)<br>**Kyle.Tisckos@cscglobal.com** | |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address)<br>**Diligenz, Inc.**<br>**6500 Harbour Heights Pkwy, Suite 400**<br>**Mukilteo, WA 98275, USA** | |

**Filed in the Office of** *F M Aguilar* Secretary of State State Of Nevada

**Initial Filing Number**
**2023307027-6**
**Filed On**
**February 28, 2023 12:42 PM**
**Number of Pages**
**1**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **MELON CORP.** | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS<br>**11500 S EASTERN AVE SUITE 150** | CITY<br>**HENDERSON** | STATE **NV** POSTAL CODE **89052** | COUNTRY **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **SILO TECHNOLOGIES INC** | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS<br>**8605 SANTA MONICA BLVD** | CITY<br>**WEST HOLLYWOOD** | STATE **CA** POSTAL CODE **90069** | COUNTRY **USA** |

4. COLLATERAL: This financing statement covers the following collateral:
**ALL ACCOUNTS AND ACCOUNTS RECEIVABLE OF DEBTOR, WHEREVER LOCATED OR SITUATED AND WHETHER NOW EXISTING OR ARISING IN THE FUTURE, AND WHETHER NOW OWNED OR AT ANY TIME IN THE FUTURE ACQUIRED BY DEBTOR, TOGETHER WITH ALL PROCEEDS AND MONIES DUE OR BECOMING DUE ON SUCH ACCOUNTS EACH AS DEFINED IN ARTICLE 9 OF THE UNIFORM COMMERCIAL CODE; ALL GUARANTIES, INSURANCE, AND SECURITY FOR SUCH ACCOUNTS; ALL SECURITY RESERVES RELATED TO SUCH ACCOUNTS; ALL OF THE DEBTOR'S RIGHTS AND INTERESTS IN THE GOODS GIVING RISE TO SUCH ACCOUNTS, INCLUDING ANY AND ALL RELATED INSURANCE; ALL OF THE DEBTOR'S CHATTEL PAPERS, INSTRUMENTS, GENERAL INTANGIBLES, SECURITIES AND CONTRACT RIGHTS INCLUDING THOSE ASSOCIATED WITH THE ACCOUNTS OR PURCHASE ORDER CONTRACTS OF DEBTOR, ALL EQUIPMENT, INVENTORY, AND DEPOSIT ACCOUNTS; ALL PROCEEDS OF ANY OF THE FOREGOING ACCOUNTS, RIGHTS AND INTERESTS; AND ANY COMMERCIAL TORT CLAIM THAT SELLER MAY COME TO HAVE AND THAT IS SUBSEQUENTLY SPECIFICALLY REFERENCED BY WRITTEN AMENDMENT.**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction    ☐ Manufactured-Home Transaction    ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien    ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**2505 51322**

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)