# Exhibit E

**From:** Gurdeep Billan
**To:** Jo Voight
**Subject:** FW: [External Msg]: Re: MELON CORP payment- Response letter- TOM LANGE
**Date:** Friday, February 21, 2025 11:28:53 AM
**Attachments:** image437114.png



**Gurdeep S Billan**
Melon Corp.

**Phone:** 702-858-5512
**Direct:** 702-600-1206
**Email:** gsb@meloncorp.net

11500 S Eastern Ave #150
Henderson, NV 89052

www.meloncorp.net

---

**From:** Gurdeep Billan
**Sent:** Friday, August 9, 2024 11:08 AM
**To:** Jason Klinowski <jklinowski@aglawyer.com>; Jo Voight <jvoight@aglawyer.com>
**Subject:** Fwd: [External Msg]: Re: MELON CORP payment- Response letter

Fyi

Gurdeep Billan
Melon Corp
11500 S Eastern Ave #150
Henderson, NV 89052
O: 702-848-5512
C: 602-478-1639

Begin forwarded message:

> **From:** Heather Siddle Kinney <HKinney@tomlange.com>
> **Date:** August 9, 2024 at 11:03:57 AM MST
> **To:** Gurdeep Billan <gsb@meloncorp.net>, Justin Fujarski <JFujarski@tomlange.com>, CorpLegal <corplegal@tomlange.com>
> **Cc:** Jeff Moore <JMoore@tomlange.com>, Nicole Diller <NDiller@tomlange.com>
> **Subject: RE: [External Msg]: Re: MELON CORP payment- Response letter**
>
> Mr. Billan,
>
> We have received your letter and it seems we are caught in the middle of a disputed lien. I am sure you can understand our position of having no interest in taking on unnecessary legal liability due to your dispute with Silo. As such, we will not be remitting payment to anyone until we receive a Court Order or a resolution between Melon Corp and Silo that eliminates our risk of paying the wrong party and having to double pay on these files.
>
> Please advise once a resolution has been reached. In the meantime, we will simply hold these payables until legal direction is given.
>
> Thank you,
>
> Heather Siddle Kinney | she/her
> Corporate Counsel / Director of HR
> T: 314.934.2818 | F: 314.312.4882 | C: 314.520.4806
> www.tomlange.com

  

The Tom Lange Family of Companies is aware that scams and fraudulent payment notices are on the rise and fake email messages and letters can often be

| | |
|---|---|
| **From:** | Jason Klinowski |
| **To:** | Cori Gordon Moore |
| **Cc:** | Joey Borla; Paul Egan; Jo Voight |
| **Bcc:** | Gurdeep Billan |
| **Subject:** | RE: LEGAL - UCC Lien Notice for MELON CORP - SAP 10012599 |
| **Date:** | Friday, August 23, 2024 11:29:02 AM |
| **Attachments:** | image001.png |
| | 1 - Melon Corp. Complaint Against Silo.pdf |

Cori,

I appreciate your response and Costco's position, but I must note a few things.

- The UCC was filed on 02/28/2023
- On May 1, 2024, Silo notified Costco of its Release of Assignment
- The July 30, 2024, Lien Notice that Costco received did not present a new UCC or lien… it was the same 02/28/2023 lien referenced in the May 1, 2024, release Costco received from Silo.
- The May 1, 2024 Notice from Silo's attorney made no reference to the prior release (he likely had no knowledge of it) and made no statement retracting or repudiating the prior release.
- Costco's decision is elevating the priority of a released notice of lien/security interest over Costco's statutory duties under the trust provisions of the Perishable Agricultural Commodities Act ("PACA").
- Costco's election to not promptly pay Melon Corp. for produce Costco received and accepted constitutes a violation of PACA and has damaged Melon Corp.
- A UCC-1 Financing Statement serves as mere public notice of a creditor's security interest in specific collateral but does not relieve Silo of the obligation to obtain a Court order to seize assets or foreclose upon its noticed security interest.

We understand that Melon Corp.'s lawsuit against Silo and Silo's outreach to Costco regarding a previously released assignment puts Costco in an awkward position and we maintain that Silo's conduct is inappropriate. Rest assured we are working to obtain an order of Court directing Costco and others to comply with the law (i.e., PACA) and pay Melon Corp. so that it may pay its suppliers and continue its farming operations. As you can imagine, Silo's tortious interference with Melon Corp.'s right to receive payment under PACA creates the exact ripple effect of non-payment that PACA is intended to prevent. As you may know, PACA is intended to protect the unpaid produce seller (i.e., Congress' stated intent) and it does so at the expense or detriment of secured creditors.

Silo is free to file a civil lawsuit against Melon Corp. (which they have not yet done) in order to foreclose upon or otherwise enforce any lien rights that they believe they may hold. Right now, Melon Corp. is the only party that has filed a civil lawsuit. I have attached a copy for your review.

Sincerely,

Jason R. Klinowski, JD, MBA



KLINOWSKI · DAMIANO LLP
Agricultural and Food Law Attorneys

P.O. Box 43404 - Birmingham, Alabama - 35243

Tel: (205) 644-8881
Fax: (205) 644-8489
Cell: (312) 375-6849
E-mail: jklinowski@aglawyer.com

**CONFIDENTIALITY NOTICE**:  The information contained in this transmission is privileged and confidential.  It is intended for the use of the individual(s) or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination of or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender of said communication immediately.

**WARNING!** *WIRE FRAUD ADVISORY*
Wire fraud and e-mail hacking/phishing attacks are on the increase!  If you have a litigation settlement escrow, closing transaction, or other reason to transfer funds to us or at our direction and you receive an e-mail containing Wire Transfer, ACH, or other Payment Instructions, **DO NOT RESPOND TO THE E-MAIL!**  Instead, always call, using previously known contact information and NOT information provided in the e-mail, to verify the information prior to sending funds.

---

**From:** Cori Gordon Moore <cgmoore@costco.com>
**Sent:** Thursday, August 22, 2024 5:19 PM
**To:** Jason Klinowski <jklinowski@aglawyer.com>
**Cc:** Joey Borla <jborla@costco.com>; Paul Egan <pegan@costco.com>
**Subject:** Fwd: LEGAL - UCC Lien Notice for MELON CORP - SAP 10012599

Jason,

I am an attorney at Costco.  I understand you represent our supplier Melon Corp.  I have received and reviewed your August 7, 2024 letter outlining why Melon believes the July 30, 2024 letter Costco received from counsel for Silo is unlawful and should be disregarded.  It does not withdraw the July 30 notice of lien, however.  As it now stands, Costco is in receipt of the lien notice, UCC Financing statement filed on 2/28/23, and the underlying Future Receivables Sale & Marchant Cash Advance

Agreement between Silo and Melon dated 6/3/2022, and that means we are required to remit Melon's A/P to Silo up to the amount of the lien unless that lien is withdrawn. We previously received a Release of Notice Assignment from Silo on May 1, 2024, but that pre-dates the July 30th lien.

I appreciate your client's position and analysis, but Costco is not in a position to adjudicate the merits (or lack thereof) of the July 30th Silo lien notice. We will lift the hold upon receipt of written confirmation from Silo and Melon that the 7/30 lien notice has been withdrawn. I am happy to hop on a call with you if that would be helpful, but I suggest you work directly with Silo's counsel to resolve these issues and jointly direct Costco to whom to remit the funds.

Regards,

**Cori Gordon Moore**
Corporate Counsel (Litigation)
Costco Wholesale Corporation
999 Lake Drive, Issaquah, WA 98027
W: 425.313.2081  M: 206.617.8263
cgmoore@costco.com

PRIVILEGE NOTICE: The information contained in this email is privileged and is intended only for the use of the recipients named above. Do not forward or distribute this message without permission from the Legal Department.

> **From:** Gurdeep Billan <gsb@meloncorp.net>
> **Date:** August 7, 2024 at 9:30:00 PM MST
> **To:** Paul Egan <pegan@costco.com>, Cori Gordon Moore <cgmoore@costco.com>
> **Cc:** Costco Vendor Maintenance Audit <vmaudit@costco.com>, Joey Borla <jborla@costco.com>, Jason Klinowski <jklinowski@aglawyer.com>, Jo Voight <jvoight@aglawyer.com>
> **Subject: RE: LEGAL - UCC Lien Notice for MELON CORP - SAP 10012599**
>
> Respective Costco Representatives,
>
> Please find attached our legal team's response letter to the unlawful demand letter sent by Silo, if you have any questions or need further clarification, please reach out to us at any time.
>
> We will continue to operate business as usual and thank you for bringing this

matter to our attention.

Best Regards,

**Gurdeep S Billan**
**Executive Director**
**Melon Corp.**
**11500 S Eastern Ave #150**
**Henderson, NV 89052**
**O: 702-858-5512**
**D: 702-600-1206**
**M: 602-478-1639**

**From:** Paul Egan <pegan@costco.com>
**Sent:** Thursday, August 1, 2024 4:49 PM
**To:** Cori Gordon Moore <cgmoore@costco.com>; Gurdeep Billan <gsb@meloncorp.net>
**Cc:** Costco Vendor Maintenance Audit <vmaudit@costco.com>; Joey Borla <jborla@costco.com>
**Subject:** Re: LEGAL - UCC Lien Notice for MELON CORP - SAP 10012599

Gurdeep please see below. Thanks

> On Aug 1, 2024, at 4:01 PM, Cori Gordon Moore <cgmoore@costco.com> wrote:
>
> Paul, please have Melon address this directly with Silo's counsel. The May release pre-dates the July 31 lien, so we need a new release for the July lien.
>
> **Cori Gordon Moore**
> Corporate Counsel (Litigation)
> Costco Wholesale Corporation
> 999 Lake Drive, Issaquah, WA 98027
> W: 425.313.2081   M: 206.617.8263
> cgmoore@costco.com
>
> PRIVILEGE NOTICE: The information contained in this email is privileged and is intended only for the use of the recipients named above. Do not forward or distribute this message without permission from the Legal Department.

On Wed, Jul 31, 2024 at 1:08 PM Costco Vendor Maintenance Audit <vmaudit@costco.com> wrote:

> Hello Cori,
>
> We received a UCC lien notice from Silverman Thompson Slutkin & White, LLC representing Silo Technologies Inc. However the supplier is claiming that this has already been handled.
>
> Can you advise how we should proceed with this? Attached is the lien dated 7/30/2024 and the release letter provided by the supplier dated 5/01/2024.
>
> Thank you for your assistance!
>
> Jessica Pedraza Perez
> 425-416-1571
> **Vendor Maintenance Audit Analyst**
> **Merchandise Accounting**
> EMAIL: VMAudit@costco.com
>
> PRIVILEGE NOTICE: The information contained in this email is privileged and is intended only for the use of the recipients named above. Do not forward or distribute this message without permission from the Vendor Maintenance Audit Department.
>
> On Wed, Jul 31, 2024 at 12:30 PM Paul Egan <pegan@costco.com> wrote:
>
>> Hi - This is what Melon Corp just sent back to me.. Seems like we are getting different information on this..
>>
>> Paul Egan
>> Costco Wholesale
>> 999 Lake Drive
>> Issaquah, WA 98027
>> 425-313-6431
>>
>> ---------- Forwarded message ---------
>> From: **Gurdeep Billan** <gsb@meloncorp.net>

Date: Wed, Jul 31, 2024 at 12:04 PM
Subject: RE: LEGAL - UCC Lien Notice for MELON CORP - SAP 10012599
To: Paul Egan <pegan@costco.com>

Here is the release letter that was sent back in **May from Silo to Costco**. Vendor Maintenance has a copy of this.

These guys have been going through financial problems and trying to attach us to them, you can find several articles online.

Please do not send any payments to them. I will get a letter from our attorney clarifying any confusion.

It's business as usual for us and the letter attached is from Silo releasing Costco from payments.

Thank you,

**Gurdeep S Billan**
**Executive Director**
**Melon Corp.**
**11500 S Eastern Ave #150**
**Henderson, NV 89052**
**O: 702-858-5512**
**D: 702-600-1206**
**M: 602-478-1639**
<image001.jpg>

**From:** Paul Egan <pegan@costco.com>
**Sent:** Wednesday, July 31, 2024 11:55 AM
**To:** Gurdeep Billan <gsb@meloncorp.net>
**Subject:** Fwd: LEGAL - UCC Lien Notice for MELON CORP - SAP 10012599

FYI - Looks like payment will be held and possibly sent to this company instead
Paul Egan
Costco Wholesale
999 Lake Drive

Issaquah, WA 98027
425-313-6431

---------- Forwarded message ---------
From: **Costco Vendor Maintenance Audit** <vmaudit@costco.com>
Date: Wed, Jul 31, 2024 at 11:42 AM
Subject: LEGAL - UCC Lien Notice for MELON CORP - SAP 10012599
To: Paul Egan <pegan@costco.com>, Mark Downey <mdowney@costco.com>

Hello all,

We have received the attached UCC lien notice for Melon Corp. Can you advise if we are actively using this vendor?

The account will be placed on a payment hold as requested by the law firm and any available funds will be forwarded until the lien is satisfied or a release is provided.

Thank you for your assistance,

Jessica Pedraza Perez
425-416-1571
**Vendor Maintenance Audit Analyst
Merchandise Accounting**
EMAIL: VMAudit@costco.com

PRIVILEGE NOTICE: The information contained in this email is privileged and is intended only for the use of the recipients named above. Do not forward or distribute this message without permission from the Vendor Maintenance Audit Department.

used to serve these fraudulent purposes. **Please be aware Tom Lange has not changed its banking information.** Should you receive an email or notice from Tom Lange or its affiliates advising of new bank account details or a change in payment process/mailing location, please reach out to your known Tom Lange contact via phone to confirm the request is genuine.

**From:** Gurdeep Billan <gsb@meloncorp.net>
**Sent:** Aug 07, 2024 11:52 PM
**To:** Justin Fujarski <JFujarski@TomLange.com>; CorpLegal <corplegal@tomlange.com>; Nicole Diller <NDiller@TomLange.com>
**Subject:** [External Msg]: Re: MELON CORP payment- Response letter

Tom Lange Team,

Here is our response letter to the false claims made by Silo.

Business as usual for us, we thank you for your support.

Gurdeep Billan
Melon Corp
11500 S Eastern Ave #150
Henderson, NV 89052
O: 702-848-5512
C: 602-478-1639


> On Aug 7, 2024, at 8:31 AM, Gurdeep Billan <gsb@meloncorp.net> wrote:
>
> Here is my contact information, I have also copied our legal counsel, they will be reaching out to you soon.
>
> Jason R. Klinowski, JD, MBA
> <image003.png>
>   P.O. Box 43404 - Birmingham, Alabama - 35243
>
> Tel: (205) 644-8881
> Fax: (205) 644-8489
> Cell: (312) 375-6849
> E-mail: jklinowski@aglawyer.com
>
>
> **Gurdeep S Billan**
> **Executive Director**
> **Melon Corp.**
> **11500 S Eastern Ave #150**
> **Henderson, NV 89052**
> **O: 702-858-5512**
> **D: 702-600-1206**
> **M: 602-478-1639**
> <image001.jpg>
>
> **From:** Justin Fujarski <JFujarski@TomLange.com>
> **Sent:** Wednesday, August 7, 2024 8:21 AM
> **To:** CorpLegal <corplegal@tomlange.com>; Nicole Diller <NDiller@TomLange.com>
> **Cc:** Gurdeep Billan <gsb@meloncorp.net>
> **Subject:** MELON CORP payment
>
> Hello Lange Legal,
>
> I have Gurdeep, the owner of Melon Corp copied on this email.
>
> Gurdeep, please reply so my team has your contact info incase they would like to discuss anything over the phone.

Justin Fujarski | Account Manager
Tom Lange - Midwest Region
T: 314.621.7953  x2857 | C: 314.952.5584
www.tomlange.com

The Tom Lange Family of Companies is aware that scams and fraudulent payment notices are on the rise and fake email messages and letters can often be used to serve these fraudulent purposes. **Please be aware Tom Lange has not changed its banking information.** Should you receive an email or notice from Tom Lange or its affiliates advising of new bank account details or a change in payment process/mailing location, please reach out to your known Tom Lange contact via phone to confirm the request is genuine.