Kathryn S. Diemer – SBN 133977
DIEMER WEI LLP
55 S. Market St., Ste 1420
San Jose, CA 95113
(408) 971-6270
kdiemer@diemerwei.com

Jason R. Klinowski – asb-3856-t61s
*(*Admitted *Pro Hac Vice)*
KLINOWSKI DAMINAO LLP
P.O. Box 43404
Birmingham, AL 35243
(205) 644-8881
jklinowski@aglawyer.com
*Attorneys for Plaintiff Melon Corp.*

# UNITED STATES COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| MELON CORP.<br>Plaintiff,<br><br>vs.<br><br>SILO TECHNOLOGIES, INC., ANDREW BRAUN,<br>Defendants. | Case No.: 5:24-cv-04781-NW<br>Honorable Noël Wise<br><br>**CERTIFICATE OF SERVICE**<br><br>Hearing Date: April 16, 2025<br>Time: 9:00 a.m. in Ct. Rm.: 3 |

### **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the Declaration of Gurdeep Billan in Support of Motion for Preliminary Injunction and Motion for Expedited Hearing, including all internally referenced exhibits, was filed and served upon all counsel of record properly registered with the Court's CM/ECF system this 7th day of March 2025 and further served via e-mail.to all counsel of record.

Dated: March 7, 2025

Certificate of Service

By: /s/ Jason R. Klinowski
Jason R. Klinowski
KLINOWSKI DAMIANO LLP
P.O. Box 43404
Birmingham, AL 35243
Phone: (205) 644-8881
Fax: (205) 644-8997
Email: jklinowski@aglawyer.com
*Attorney for Plaintiff*

Certificate of Service